1  BARBARA LAWALL
   PIMA COUNTY ATTORNEY
2  CIVIL DIVISION
   By: Daniel Jurkowitz
3  Deputy County Attorney
   32 North Stone Avenue, Suite 2100
4  Tucson, Arizona  85701
   Telephone: (520) 740-5750
5  Facsimile: (520) 620-6556
   State Bar No.  018428
6  Attorney for Defendant
   Pima County Sheriff
7

8            **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE DISTRICT OF ARIZONA**

10  FRIENDLY HOUSE, et al.              Case No.:   No. CV 10-1061

    Plaintiffs,
11
                 v.                     **ANSWER OF DEFENDANT**
12                                      **PIMA COUNTY SHERIFF**
                                        **CLARENCE W. DUPNIK**
13
    MICHAEL B. WHITING, et al.
14
    Defendants.
15

16

17

18

19        Sheriff Dupnik is not a proper or necessary party to this litigation and takes a

20  nominal position; he Answers Plaintiffs' Complaint as follows:

21

22        1.      Defendant admits allegations 5, 6, 64, and 116.

23
          2.      Defendant admits the named elected officials in allegations 31, 32, 33,
24
25  34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55,

26

BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
32 N. Stone Avenue, #2100
Tucson, AZ  85701
(520)740-5750

BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
32 N. Stone Avenue, #2100
Tucson, AZ 85701
(520)740-5750

56, 57, 58, 59, and 60 have enforcement duties under S.B. 1070, but denies these are the sole individuals responsible for enforcement within their counties.

3.    Defendant denies allegation 178 as it applies to Defendant.  Defendant affirmatively alleges that he is a nominal party to this action.  Defendant does not respond to this allegation insofar as it applies to other county defendants or other law enforcement and prosecution agencies in Pima County or other counties.

4.    Defendant asserts that the language of the constitutional provisions, statutes or statements referenced in allegations 61, 63, 65, 74, 75, 79, 80, 81, 101, 107, 110, 111, 126, 131, 134, 136, 139, 141, 143, 154, 181, 186, 192, 195, 200, 205, 210, 211, and 216 speaks for itself, and no response is required.  Defendant affirmatively alleges that he is a nominal party to this action.

5.    Defendant asserts that allegations 1, 3, 76, 77, 78, 82, 83, 84, 86, 87, 88, 89, 90, 91, 93, 94, 95, 96, 97, 98, 99, 102, 103, 104, 105, 106, 112, 113, 114, 115, 117, 118, 119, 123, 124, 125, 133, 135, 137, 138, 140, 142, 165, 166, 168, 169, 170, 173, 177, 179, 182, 183, 184, 189, 190, 193, 196, 197, 198, 201, 202, 203, 206, 207, 208, 212, 213, 214, 217, and 218 state legal conclusions to which no response is required.  Defendant affirmatively alleges that he is a nominal party to this action.

BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
32 N. Stone Avenue, #2100
Tucson, AZ 85701
(520)740-5750

6.     Defendant is without sufficient knowledge or information to form a belief as to the truth of allegations 2, 4, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 62, 66, 67, 68, 69, 70, 71, 72, 73, 85, 92, 100, 108, 109, 120, 121, 122, 127, 128, 129, 130, 132, 144, 145, 146, 147, 148, 149, 150, 151, 152, 153, 155, 156, 157, 158, 159, 160, 161, 162, 163, 164, 167, 171, 172, 174, 175, 176, 187, and 188, and consequently denies the allegations. Defendant affirmatively alleges that he is a nominal party to this action.

7.     All allegations in the Complaint not specifically admitted are hereby denied.

## AFFIRMATIVE DEFENSES

1.     Defendant affirmatively alleges that he is not a proper or necessary party to this action, and his role in this action is nominal.

2.     Defendant affirmatively alleges that even if Defendant is a necessary party for purposes of injunctive relief, his role in this action would remain nominal.

3.     Defendant affirmatively alleges that Plaintiffs' Complaint as it pertains to Defendant is unripe for adjudication at this time. Defendant has not taken and cannot take any action under the Support Our Law Enforcement and Safe Neighborhoods Act until July 29, 2010, the effective date of the Act.

**BARBARA LAWALL**
**PIMA COUNTY ATTORNEY**
**CIVIL DIVISION**
32 N. Stone Avenue, #2100
Tucson, AZ  85701
(520)740-5750

4.      Defendant affirmatively alleges that some of the Plaintiffs lack standing to bring this Complaint against Defendant.

5.      Defendant affirmatively alleges that Defendant has qualified immunity for performing his official duties required under the Act.  See *Pierson* v. *Ray,* 386 U. S. 547, 557 (1967); *Luchanski v. Congrove*, 193 Ariz. 176, 971 P.2d 636 (App. 1998).

6.      Defendant affirmatively alleges that Plaintiffs have failed to join necessary parties, such as the State of Arizona.

7.      Additional facts may be revealed by future discovery which support affirmative defenses available to, but unknown by, Defendant.  Accordingly, Defendant hereby incorporates by this reference all applicable affirmative defenses pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure as though set forth fully herein.

**RELIEF**

1.      Defendant affirmatively alleges that any relief requested by Plaintiffs is not available from Defendant, who is a nominal party to this action.

BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
32 N. Stone Avenue, #2100
Tucson, AZ 85701
(520)740-5750

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

     2.     Having fully answered Plaintiffs' Complaint and having stated affirmative defenses, Defendant requests entry of judgment denying any and all relief that Plaintiffs have requested as to Defendant, dismissing the Complaint and action stated therein as to Defendant with prejudice, granting Defendant reasonable costs and expenses of this action, including attorney fees if appropriate, and granting such other and further relief as the Court deems just and proper.

     RESPECTFULLY SUBMITTED this 15th day of June, 2010.

                   BARBARA LAWALL
                   PIMA COUNTY ATTORNEY


        By:   s/Daniel Jurkowitz
              Daniel Jurkowitz
              Deputy County Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June, 2010, I electronically

transmitted the attached document to the Clerk's Office using the CM/ECF System

for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF

registrants:

Omar C. Jadwat                          Linton Joaquin
Lucas Guttentag                         Karen C. Turnlin
Tanaz Moghadam                          Nora A. Preciado
AMERICAN CIVIL LIBERTIES                Melissa S. Keaney
UNION                                   Vivek Mittal
FOUNDATION IMMIGRANTS'                  Ghazal Tajmiri
RIGHTS PROJECT                          NATIONAL IMMIGRATION LAW
125 Broad Street, 18th Floor CENTER
New York, New York 10004                3435 Wilshire Blvd., Ste. 2850
*ojadwat@aclu.org*                      Los Angeles, CA   90010
*guttentag@aclu.org*                    *joaquin@nilc.org*
*tmoghadam@aclu.org*                    *tumlin@nilc.org*
                                        *preciado@nilc.org*
                                        *keaney@nilc.org*
                                        *mittal@nilc.org*
                                        *tajmiri@nilc.org*


Thomas A. Saenz                         Daniel J. Pochoda
Cynthia Valenzuela Dixon                Anne Lai
Victor Viramontes                       ACLU FOUNDATION OF ARIZONA
Gladys Limon                            77 E. Columbus St., Suite 205
Nicholas Espiritu                       Phoenix, AZ   85012
MEXICAN AMERICAN LEGAL                  dpochoda@acluaz.org
DEFENSE AND EDUCATIONAL                 alai@acluaz.org
FUND
634 S. Spring St., 11th Flr.
Los Angeles, CA  90014

BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
32 N. Stone Avenue, #2100
Tucson, AZ  85701
(520)740-5750

**BARBARA LAWALL**
**PIMA COUNTY ATTORNEY**
CIVIL DIVISION
32 N. Stone Avenue, #2100
Tucson, AZ  85701
(520)740-5750

1  tsaenz@maldef.org

2  cvalenzuela@maldef.org
   vviramontes@maldef.org

3  glimon@maldef.org

4  nespiritu@maldef.org
   Attorneys for Plaintiffs

5

6

7  Nina Perales                          Chris Newman
   Ivan Espinoza-Madrigal                Lisa Kung

8  MEXICAN AMERICAN LEGAL                 NATIONAL DAY LABOR
   DEFENSE AND EDUCATIONAL                ORGANIZING

9  FUND                                     NETWORK

10 110 Broadway St., Ste. 300            675 S. Park View St., Ste. B
   San Antonio, TX  78205                Los Angeles, CA   90057

11 nperales@maldef.org                   newman@ndlon.org

12 iespinoza@maldef.org                  kung@ndlon.org

13

14

15 Daniel R. Ortega, Jr.                 Julie A. Su
   SOUSH, MCCRACKER, GUERRERO            Ronald Lee

16   MILLER & ORTEGA                     Yungsuhn Park

17 1112 E. Washington Street             Connie Choi
   Phoenix, AZ   85034                   Carmina Ocampo

18 danny@rmgmo.com                       ASIAN PACIFIC AMERICAN
   Cecillia D. Wang                        LEGAL CENTER

19 Harini P. Raghupathi                  1145 Wilshire Blvd., Ste. 200

20 AMERICAN CIVIL LIBERTIES              Los Angeles, CA  90017
     UNION FOUNDATION                    jsu@apalc.org

21     IMMIGRANTS' RIGHTS                rlee@advancingequality.org

22 PROJECT                               ypark@apalc.org
   39 Drumm Street                       cchoi@apalc.org

23 San Francisco, CA  94111              cocampo@apalc.org

24 cwang@aclu.org

25 hraghupathi@aclu.org

26

**BARBARA LAWALL**
**PIMA COUNTY ATTORNEY**
**CIVIL DIVISION**
32 N. Stone Avenue, #2100
Tucson, AZ 85701
(520)740-5750

1   Laura D. Blackburne                    Bradley S. Phillips
2   NATIONAL ASSOCIATION FOR               Paul J. Watford
      THE ADVANCEMENT OF                   Joseph J. Ybarra
3   COLORED                                Elisabeth J. Neubauer
      PEOPLE (NAACP)                       MUNGER, TOLLES 7 OLSON, L.L.P.
4   4805 Mt. Hope Drive                    355 South Grand Ave., 35th Flr.
5   Baltimore, Maryland   21215            San Francisco, CA   90071-1560
6   lblackburne@naacpnet.org               Brad.Phillips@mto.com
                                           Paul.Watford@mto.com
7                                          Joseph.Ybarra@mto.com
8                                          Elisabeth.Neubauer@mto.com
9
10  Susan T. Boyd
    Yuval Miller
11  MUNGER, TOLLES & OLSON, LLP
12  560 Mission St., 27th Flr.
    Los Angeles, CA   94105-2907
13  Susan.Boyd@mto.com
14  Yuval.Miller@mto.com
15
    Attorneys for all plaintiffs except Service Employees International Union, Service
16
17  Employees International Union, Local 5, United Food and Commercial Workers
18  International Union and Japanese American Citizens League.
19
20  ***ATTORNEYS FOR DEFENDANTS***
21
22  John J. Bouma                          Joseph A. Kanefield
    Robert A. Henry                        Office of Governor Janice K. Brewer
23  Joseph G. Adams                        1700 W. Washington, 9th Floor
24  SNELL & WILMER L.L.P.                   Phoenix, AZ 85007
    One Arizona Center                     *jkanefield@az.gov*
25  400 E. Van Buren
26  Phoenix, AZ 85004-2202
    *jbouma@swlaw.com*

*bhenry@swlaw.com*
*jgadams@swlaw.com*

Mary O'Grady
Office of the Attorney General
1275 W. Washington
Phoenix, AZ 85007
*mary.ogrady@azag.gov*

Michael B. Whiting
Apache County Attorney
70 W. 3rd South
P.O. Box 637
Saint Johns, AZ 85936-0637
*mbwlaw@citlink.net*

Edward G. Rheinheimer
Cochise County Attorney
P.O. Drawer CA
Bisbee, AZ 85603-0170

David W. Rozema
Coconino County Attorney
110 E. Cherry Avenue
Flagstaff, AZ 86001-4627
*drozema@coconino.az.gov*

Daisy Flores
Gila County Attorney
1400 E. Ash Street
Globe, AZ 85501-1483
*dflores@co.gila.az.us*

Kenneth A. Angle
Graham County Attorney
800 W. Main Street
Safford, AZ 85546-2823
*kangle@graham.az.gov*

Derek D. Rapier
Greenlee County Attorney
P.O. Box 1717
Clifton, AZ 85533-1717
*drapier@co.greenlee.az.us*

Samuel E. Vederman
La Paz County Attorney
1320 Kofa Avenue
Parker, AZ 85344-5724
*svederman@co.la-paz.az.us*

**BARBARA LAWALL**
**PIMA COUNTY ATTORNEY**
CIVIL DIVISION
32 N. Stone Avenue, #2100
Tucson, AZ 85701
(520)740-5750

| | |
|---|---|
| Thomas P. Liddy<br>Maria R. Brandon<br>Maricopa County Office of Special<br>Litigation Services<br>234 N. Central Avenue, Suite 4400<br>Phoenix, AZ 85004<br>*tliddy@mail.maricopa.gov*<br>*brandonm@mail.maricopa.gov* | Matthew J. Smith<br>Mohave County Attorney<br>315 N. Fourth Street<br>P.O. Box 7000<br>Kingman, AZ 86402-7000 |
| Bradley W. Carlyon<br>Navajo County Attorney's Office<br>P.O. Box 668<br>Holbrook, AZ 86025-0668<br>*brad.carlyon@navajocountyaz.gov* | James P. Walsh<br>Pinal County Attorney<br>31 N. Pinal Bldg. D<br>P.O. Box 887<br>Florence, AZ 85132-0887<br>*james.walsh@co.pinal.az.us* |
| George E. Silva<br>Santa Cruz County Attorney's Office<br>Santa Cruz County Complex<br>2150 N. Congress, Suite 201<br>Nogales, AZ 85621-1090<br>*George.Silva@azbar.org* | Sheila S. Polk<br>Yavapai County Attorney<br>255 E. Gurley<br>Prescott, AZ 86301-3868<br>*Sheila.polk@co.yavapai.az.us* |
| Jon R. Smith<br>Office of the Yuma County Attorney<br>250 W. 2nd Street, Suite G<br>Yuma, AZ 85364-1419<br>*jon.smith@co.yuma.az.us* | |