**JON R. SMITH**
**YUMA COUNTY ATTORNEY**

GEORGE J. ROMERO
State Bar Number 018895
Deputy County Attorney
250 W. Second Street, Suite G
Yuma, Arizona 85364
Phone:  (928) 817-4300
Fax:  (928) 817-4302
Email: George.Romero@yumacountyaz.gov

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| FRIENDLY HOUSE, et al., | |
| Plaintiffs, | |
| | Case No. CV-10-1061-JWS |
| v. | |
| | ANSWER OF DEFENDANT RALPH |
| MICHAEL B. WHITING, et al. | OGDEN, YUMA COUNTY SHERIFF |
| Defendants. | |

Sheriff Ogden is not a proper or necessary party to this litigation and takes a nominal position; he Answers Plaintiffs' Complaint as follows:

1.      Defendant admits the allegations in paragraphs  5, 6, 64, and 116.

2.      Defendant admits the named elected officials in allegations 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, and 60 have enforcement duties under S.B. 1070, but denies these are the sole individuals responsible for enforcement within their counties.

3.      Defendant denies the allegations in 178 as it applies to Defendant.  Defendant affirmatively alleges that he is a nominal party to this action.  Defendant does not respond to this allegation insofar as it applies to other county defendants or other law enforcement and prosecution agencies in Yuma County or other counties.

4.      Defendant asserts that the language of the constitutional provisions, statutes or statements referenced in allegations 61, 63, 65, 74, 75, 79, 80, 81, 101, 107, 110, 111, 126, 131, 134, 136, 139, 141, 143, 154, 181, 186, 192, 195, 200, 205, 210, 211, and 216 speaks for itself, and no response is required. Defendant affirmatively alleges that he is a nominal party to this action.

5.      Defendant asserts that the allegations in 1, 3, 76, 77, 78, 82, 83, 84, 86, 87, 88, 89, 90, 91, 93, 94, 95, 96, 97, 98, 99, 102, 103, 104, 105, 106, 112, 113, 114, 115, 117, 118, 119, 123, 124, 125, 133, 135, 137, 138, 140, 142, 165, 166, 168, 169, 170, 173, 177, 179, 182, 183, 184, 189, 190, 193, 196, 197, 198, 201, 202, 203, 206, 207, 208, 212, 213, 214, 217, and 218 state legal conclusions to which no response is required.  Defendant affirmatively alleges that he is a nominal party to this action.

6.      Defendant is without sufficient knowledge or information to form a belief as to the truth of allegations 2, 4, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 62, 66, 67, 68, 69, 70, 71, 72, 73, 85, 92, 100, 108, 109, 120, 121, 122, 127, 128, 129, 130, 132, 144, 145, 146, 147, 148, 149, 150, 151, 152, 153, 155, 156, 157, 158, 159, 160, 161, 162, 163, 164, 167, 171, 172, 174, 175, 176, 187, and 188, and consequently denies the allegations.  Defendant affirmatively alleges that he is a nominal party to this action.

7.      All allegations in the Complaint not specifically admitted are hereby denied.

AFFIRMATIVE DEFENSES

1.     Defendant affirmatively alleges that he is not a proper or necessary party to this action, and his role in this action is nominal.

2.     Defendant affirmatively alleges that even if Defendant was a necessary party for purposes of injunctive relief, his role in this action would remain nominal.

3.     Defendant affirmatively alleges that Plaintiffs' Complaint as it pertains to Defendant is unripe for adjudication at this time.  Defendant has not taken and cannot take any action under the Law until July 29, 2010, the effective date of the Act.

4.     Defendant affirmatively alleges that some of the Plaintiffs lack standing to bring this Complaint against Defendant.

5.     Defendant affirmatively alleges that Defendant has qualified immunity for performing his official duties required under the Law.  See *Pierson* v. *Ray,* 386 U. S. 547, 557 (1967); *Luchanski v. Congrove*, 193 Ariz. 176, 971 P.2d 636 (App. 1998).

6.     Defendant affirmatively alleges that Plaintiffs have failed to join necessary parties, such as the State of Arizona.

7.     Additional facts may be revealed by future discovery which support affirmative defenses available to, but unknown by, Defendants.  Accordingly, Defendant hereby incorporates by this reference all applicable affirmative defenses pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure as though set forth fully herein.

RELIEF

1.     Defendant affirmatively alleges that any relief requested by Plaintiffs is not available from Defendant, who is a nominal party to this action.

2.      Having fully answered Plaintiffs' Complaint and having stated affirmative defenses, Defendant requests entry of judgment denying any and all relief that Plaintiffs have requested as to Defendant, dismissing the Complaint and action stated therein as to Defendant with prejudice, granting Defendants reasonable costs and expenses of this action, including attorney fees if appropriate, and granting such other and further relief as the Court deems just and proper.

**RESPECTFULLY SUBMITTED** this _15th day of June, 2010.

**JON R. SMITH**
**YUMA COUNTY ATTORNEY**

        __/s/ George J. Romero_____.
George J. Romero
Deputy County Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this _15___ day of June. 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Attorneys for Plaintiff:

Omar C. Jadwat
Lucas Guttentag
Tanaz Moghadam
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, New York 10004
ojadwat@aclu.org
guttentag@aclu.org
tmoghadam@aclu.org

Linton Joaquin
Karen C. Turnlin
Nora A. Preciado
Melissa S. Keaney
Vivek Mittal
Ghazal Tajmiri
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Blvd., Ste. 2850
Los Angeles, CA 90010
Joaquin@nilc.org
tumlin@nilc.org

4

Thomas A. Saenz
Cynthia Valenzuela Dixon
Victor Viramontes
Gladys Limon
Nicholas Espiritu
MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND
634 S. Spring St., 11th Flr.
Los Angeles, CA  90014
tsaenz@maldef.org
cvalenzuela@maldef.org
vviramontes@maldef.org
glimon@maldef.org
nespiritu@maldef.org

preciado@nilc.org
keaney@nilc.org
mittal@nilc.org
tajmiri@nilc.org

Daniel J. Pochoda
Anne Lai
ACLU FOUNDATION OF ARIZONA
77 E. Columbus St., Suite 205
Phoenix, AZ 85012
dpochoda@acluaz.org
alai@acluaz.org

Nina Perales
Ivan Espinoza-Madrigal
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
110 Broadway St., Ste. 300
San Antonio, TX  78205
nperales@maldef.org
iespinoza@maldef.org

Chris Newman
Lisa Kung
NATIONAL DAY LABOR
ORGANIZING NETWORK
675 S. Park View St., Ste. B
Los Angeles, CA   90057
newman@ndlon.org
kung@ndlon.org

Daniel R. Orgeta, Jr.
SOUSH, MCCRACKER, GUERRERO
MILLER & ORTEGA
1112 E. Washington Street
Phoenix, AZ 85034
danny@rmgmo.com

Cecillia D. Wang
Harini P. Raghupathi
ACLU FOUNDATION IMMIGRANTS'
RIGHTS PROJECT
39 Drumm Street
San Francisco, CA  94111
cwang@aclu.org
hraghupathi@aclu.org

Laura D. Blackburne
NATIONAL ASSOC. FOR THE ADVANCEMENT OF
COLORED PEOPLE (NAACP)
4805 Mt. Hope Drive
Baltimore, Maryland 21215
lblackburne@naacpnet.org

/ / / / /

/ / / / /

Julie A. Su
Ronald Lee
Yungsuhn Park
Connie Choi
Carmina Ocampo
ASIAN PACIFIC AMERICAN LEGAL
CENTER
1145 Wilshire Blvd., Ste. 200
Los Angeles, CA  90017
jsu@apalc.org
rlee@advancingequality.org
ypark@apalc.org
cchoi@apalc.org
cocampo@apalc.org

Bradley S. Phillips
Paul J. Watford
Joseph J. Ybarra
Elisabeth J. Neubauer
MUNGER, TOLLES & OLSON, L.L.P.
355 S. Grand Ave., 35th Floor
San Francisco, CA  90071-1560
Brad.Phillips@mto.com
Paul.Watford@mto.com
joseph.ybarra@mto.com
Elisabeth.neubauer@mto.com

Susan T. Boyd
Yuval Miller
MUNGER, TOLLES & OLSON, LLP
560 Mission St., 27th Flr.
Los Angeles, CA   94105-2907
Susan.Boyd@mto.com
Yuval.Miller@mto.com

Attorneys for Defendants:

Daniel S. Jurkowitz
Deputy County Attorney
32 N. Stone Avenue, Suite 2100
Tucson, AZ 85701
Daniel.jurkowitz@pcao.pima.gov

Joseph A. Kanefield
Office of Governor Janice K. Brewer
1700 W. Washington, 9th Floor
Phoenix, AZ 85007
jkanefield @az.gov

John J. Bouma
Robert A. Henry
Joseph G. Adams
SNELL & WILMER, L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004
jbouma@swlaw.com
bhenry@swlaw.com
jgadams@swlaw.com

Mary O'Grady
Office of the Attorney General
1275 W. Washington
Phoenix, AZ  85007
mary.ogrady@azag.gov

Michael B. Witing
Apache County Attorney
P.O. Box 637
Saint Johns AZ  85936-0637
mbwlaw@citilink.net

Edward G. Rheinheimer
Cochise County Attorney
P.O. Drawer CA
Bisbee AZ 85603-0170

David W. Rozema
Coconino County Attorney
110 E. Cherry Avenue
Flagstaff AZ 86001-4627
drozema@coconino.az.gov

Kenneth A. Angle
Graham County Attorney
800 W. Main Street
Safford AZ  85546-2823
kangle@graham.az.gov

Samuel E. Vederman
La Paz County Attorney
1320 Kofa Avenue
Parker AZ 85344-5724
Svederman@co.la-paz.az.us

Matthew J. Smith
Mohave County Attorney
315 N. Fourth Street
P.O. Box 7000
Kingman, AZ  86402-7000

James P. Walsh
Pinal County Attorney
31 N. Pinal Bldg. D
P.O. Box 887
Florence AZ  85132-887
James.walsh@co.pinal.az.us

Sheila S. Polk
Yavapai County Attorney
255 E. Gurley
Prescott AZ 86301-3868
Sheila.pol@co.yavapai.az.us

Daisy Flores
Gila County Attorney
1400 E. Ash Street
Globe AZ 85501-1483
dflores@co.gila.az.us

Derek D. Rapier
Greenlee County Attorney
P.O. Box 1717
Clifton AZ 85533-1717
drapier@co.greenlee.az.us

Thomas P. Liddy
Maria R. Brandon
Maricopa County Office of Special Litigation Svcs.
234 N. Central Ave., Suite 4400
Phoenix, AZ 85004
tliddy@mail.maricopa.gov
brandonm@mail.maricopa.gov

Bradley W. Carlyon
Navajo County Attorney's Office
P.O. Box 668
Holbrook, AZ  86025-0668
brad.carlyon@navajocountyaz.gov

George E. Silva
Santa Cruz County Attorney's Office
Santa Cruz County Complex
2150 N. Congress, Suite 201
Nogales AZ  85621-1090
George.silva@azbar.org

_____ /S/  Gina M. Fowler _____