Sheila Polk
Yavapai County Attorney
Jack H. Fields
Deputy County Attorney
State Bar No. 012470
(928) 777-7131
Attorney for the Yavapai County Attorney
and Yavapai County Sheriff

YCAO@co.yavapai.az.us

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FRIENDLY HOUSE, et al., | No. CV10-1061-PHX-MEA |
| Plaintiff, | ANSWER OF DEFENDANTS SHEILA POLK, YAVAPAI COUNTY ATTORNEY AND STEVE WAUGH, YAVAPAI COUNTY SHERIFF |
| vs. | |
| MICHAEL B. WHITING, et al., | |
| Defendants. | |

Yavapai County Attorney Sheila Polk and Yavapai County Sheriff Steve Waugh are not proper or necessary parties to this litigation and take a nominal position; they Answer Plaintiffs' Complaint as follows:

1.   Defendants admit allegations 5, 6, 64, and 116.

2.   Defendants admit the named elected officials in allegations 31, 32, 33, 34,

35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, and 60 have enforcement duties under S.B. 1070, but denies these are the sole individuals responsible for enforcement within their counties.

3. Defendants denies allegation 178 as it applies to Defendants. Defendants affirmatively allege that they are a nominal party to this action. Defendants do not respond to this allegation insofar as it applies to other county defendants or other law enforcement and prosecution agencies in Yavapai County or other counties.

4. Defendants asserts that the language of the constitutional provisions, statutes or statements referenced in allegations 61, 63, 65, 74, 75, 79, 80, 81, 101, 107, 110, 111, 126, 131, 134, 136, 139, 141, 143, 154, 181, 186, 192, 195, 200, 205, 210, 211, and 216 speaks for itself, and no response is required. Defendants affirmatively allege that they are a nominal party to this action.

5. Defendants assert that allegations 1, 3, 76, 77, 78, 82, 83, 84, 86, 87, 88, 89, 90, 91, 93, 94, 95, 96, 97, 98, 99, 102, 103, 104, 105, 106, 112, 113, 114, 115, 117, 118, 119, 123, 124, 125, 133, 135, 137, 138, 140, 142, 165, 166, 168, 169, 170, 173, 177, 179, 182, 183, 184, 189, 190, 193, 196, 197, 198, 201, 202, 203, 206, 207, 208, 212, 213, 214, 217, and 218 state legal

Office of the Yavapai County Attorney
255 E. Gurley Street, Suite 300
Prescott, AZ 86301
Phone: (928) 771-3344   Facsimile: (928) 771-3110

conclusions to which no response is required. Defendants affirmatively allege that they are a nominal party to this action.

6. Defendants are without sufficient knowledge or information to form a belief as to the truth of allegations 2, 4, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 62, 66, 67, 68, 69, 70, 71, 72, 73, 85, 92, 100, 108, 109, 120, 121, 122, 127, 128, 129, 130, 132, 144, 145, 146, 147, 148, 149, 150, 151, 152, 153, 155, 156, 157, 158, 159, 160, 161, 162, 163, 164, 167, 171, 172, 174, 175, 176, 187, and 188, and consequently denies the allegations. Defendants affirmatively allege that they are a nominal party to this action.

7. All allegations in the Complaint not specifically admitted are hereby denied.

## AFFIRMATIVE DEFENSES

1. Defendants affirmatively alleges that they are not proper or necessary parties to this action, and their role in this action is nominal.

2. Defendants affirmatively allege that even if Defendants are a necessary party for purposes of injunctive relief, their role in this action would remain nominal.

3. Defendants affirmatively allege that Plaintiffs' Complaint as it pertains to Defendants is unripe for adjudication at this time. Defendants have not taken and

cannot take any action under the Support Our Law Enforcement and Safe Neighborhoods Act until July 29, 2010, the effective date of the Act.

4.  Defendants affirmatively allege that some of the Plaintiffs lack standing to bring this Complaint against Defendants.

5.  Defendants affirmatively allege that Defendant Yavapai County Attorney Sheila Polk is absolutely immune from any liability for performing her official duties required under the Act. See *Gobel v. Maricopa County*, 867 F.2d 1201 (9th Cir. 1989); *State v. Superior Court*, 186 Ariz. 294, 921 P.2d 697 (App. 1996). Defendants affirmatively allege that Defendant Yavapai County Sheriff Steve Waugh has qualified immunity for performing his official duties required under the Act. See *Pierson v. Ray*, 386 U.S. 547 (1967); *Luchanski v. Congrove*, 193 Ariz. 176, 971 P.2d 636 (App. 1998)

6.  Defendants affirmatively alleges that Plaintiffs have failed to join necessary parties, such as the State of Arizona.

7.  Additional facts may be revealed by future discovery which support affirmative defenses available to, but unknown by, Defendants. Accordingly, Defendants hereby incorporates by this reference all applicable affirmative defenses pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure as though set

forth fully herein.

## RELIEF

1. Defendants affirmatively allege that any relief requested by Plaintiffs is not available from Defendants, who are nominal parties to this action.

2. Having fully answered Plaintiffs' Complaint and having stated affirmative defenses, Defendants request entry of judgment denying any and all relief that Plaintiffs have requested as to Defendants, dismissing the Complaint and action stated therein as to Defendants with prejudice, granting Defendants reasonable costs and expenses of this action, including attorney fees if appropriate, and granting such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this 15 day of June, 2010.

                Sheila Polk
                YAVAPAI COUNTY ATTORNEY

By: /s/ Jack H. Fields
       Jack H. Fields
       Deputy County Attorney

Office of the Yavapai County Attorney
255 E. Gurley Street, Suite 300
Prescott, AZ 86301
Phone: (928) 771-3344   Facsimile: (928) 771-3110

Office of the Yavapai County Attorney
255 E. Gurley Street, Suite 300
Prescott, AZ 86301
Phone: (928) 771-3344    Facsimile: (928) 771-3110

# CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2010, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing, and transmittal of a Notice of Electronic Filing to the following ECF registrants:

***Attorneys for Plaintiffs***

Daniel J. Pochoda
Anne Lai
ACLU Foundation of Arizona
Foundation of Arizona
77 E. Columbus Street, Suite 205
Phoenix, AZ 85012
*alai@acluaz.org*
*dpochoda@acluaz.org*

Harini Raghupathi
Cecillia D. Wang
American Civil Liberties Union
Immigrants Rights Project
39 Drumm Street
San Francisco, CA 94111
*hraghupathi@aclu.org*
*cwang@aclu.org*

Daniel R. Ortega, Jr.
Roush McCracken Guerrero Miller & Ortega
1112 E. Washington Street
Phoenix, AZ 85034-1010
*danny@rmgmo.com*

Laura D. Blackburne
National Association For The Advancement Of Colored People
4805 Mt. Hope Drive
Baltimore, MD 21215
*lblackburne@naacpnet.org*

1  Bradley S. Phillips
   Paul J. Watford
2  Joseph J. Ybarra
3  Elisabeth J. Neubauer
   Munger Tolles & Olson LLP
4  355 South Grand Avenue, 35th Floor
5  Los Angeles, CA 90071-1560
   *brad.phillips@mto.com*
6  *paul.watford@mto.com*
7  *joseph.ybarra@mto.com*
   *elisabeth.neubauer@mto.com*
8

9  Susan T. Boyd
   Yuval Miller
10 Munger Tolles & Olson LLP
11 560 Mission Street, 27th Floor
   San Francisco, CA 94105-2907
12 *susan.boyd@mto.com*
13 *yuval.miller@mto.com*

14
   Lisa Kung
15 Chris Newman
   National Day Labor Organizing Network
16 675 S. Park View Street, Suite B
17 Los Angeles, CA 90057
   *kung@ndlon.org*
18 *newman@ndlon.org*
19
   Nina Perales
20 Ivan Espinoza-Madrigal
21 Mexican American Legal Defense & Education Fund
   110 Broadway Street, Suite 300
22 San Antonio, TX 78205
23 *nperales@maldef.org*
   *iespinoza@maldef.org*
24

25

26

Office of the Yavapai County Attorney
255 E. Gurley Street, Suite 300
Prescott, AZ 86301
Phone: (928) 771-3344   Facsimile: (928) 771-3110

1  Connie Choi
   Carmina Ocampo
2  Julie A. Su
3  Ronald Lee
   Yungsuhn Park
4  Asian Pacific American Legal Center
5  1145 Wilshire Blvd., Suite 200
   Los Angeles, CA 90017
6  cchoi@apalc.org
7  jsu@apalc.org
   rlee@advancingequality.org
8  ypark@apalc.org
9  cocampo@apalc.org

10
    Cynthia Valenzuela Dixon
11  Nicholas D. Espiritu
    Gladys Limon
12  Thomas A. Saenz
13  Victor Viramontes
    Mexican American Legal Defense & Education Fund
14  634 S. Spring Street, 11th Floor
15  Los Angeles, CA 90014
    cvalenzuela@maldef.org
16  nespiritu@maldef.org
17  glimon@maldef.org
    tsaenz@maldef.org
18  Vviramontes@maldef.org
19
    Lucas Guttentag
20  Omar C. Jadwat
21  Tanaz Moghadam
    ACLU Foundation Immigrants Rights Project
22  125 Broad Street, 18th Floor
23  New York, NY 10004
    lguttentag@aclu.org
24  ojadwat@aclu.org
25  tmoghadam@aclu.org
26

Office of the Yavapai County Attorney
255 E. Gurley Street, Suite 300
Prescott, AZ 86301
Phone: (928) 771-3344   Facsimile: (928) 771-3110

Office of the Yavapai County Attorney
255 E. Gurley Street, Suite 300
Prescott, AZ 86301
Phone: (928) 771-3344   Facsimile: (928) 771-3110

1  Linton Joaquin
2  Melissa S. Keaney
   Ghazal Tajmiri
3  Vivek Mittal
4  Nora A. Preciado
   Karen C. Tumlin
5  National Immigration Law Center
6  3435 Wilshire Blvd., Suite 2850
   Los Angeles, CA 90010
7  *joaquin@nilc.org*
8  *keaney@nilc.org*
   *tajmiri@nilc.org*
9  *vmittal@nilc.org*
10 *preciado@nilc.org*
   *tumlin@nilc.org*
11

12 ***Attorneys for Defendants***

13 John J. Bouma
   Robert A. Henry
14 Joseph G. Adams
15 SNELL & WILMER L.L.P.
   One Arizona Center
16 400 E. Van Buren
17 Phoenix, AZ 85004-2202
   *jbouma@swlaw.com*
18 *bhenry@swlaw.com*
19 *jgadams@swlaw.com*

20
   Joseph A. Kanefield
21 Office of Governor Janice K. Brewer
22 1700 W. Washington, 9th Floor
   Phoenix, AZ 85007
23 *jkanefield@az.gov*

24
   Mary O'Grady
25 Office of the Attorney General
26 1275 W. Washington
   Phoenix, AZ 85007

1 | *mary.ogrady@azag.gov*

2

3 | Jean E. Wilcox
Coconino County Attorney
4 | 110 E. Cherry Avenue
Flagstaff, AZ 86001-4627
5 | *jwilcox@coconino.az.gov*
6 | *mrankin@coconino.az.gov*

7 | June Ava Florescue
Gila County Attorney
8 | 1400 E. Ash Street
9 | Globe, AZ 85501-1483
10 | *jflorecs@co.gila.az.us*

11 | Michael William McCarthy
Greenlee County Attorney
12 | P.O. Box 1717
13 | Clifton, AZ 85533-1717
*mmccarthy@co.greenlee.az.us*
14 | mwmmccarthy2002@yahoo.com

15

16 | Robert Glenn Buckelew
La Paz County Attorney
17 | 1320 Kofa Avenue
Parker, AZ 85344-5724
18 | *gbuckelew@co.la-paz.az.us*

19

20 | Thomas P. Liddy
Maria R. Brandon
21 | Maricopa County Office of Special Litigation Services
22 | 234 N. Central Avenue, Suite 4400
Phoenix, AZ 85004
23 | *tliddy@mail.maricopa.gov*
24 | *brandonm@mail.maricopa.gov*

25

26

**Office of the Yavapai County Attorney**
255 E. Gurley Street, Suite 300
Prescott, AZ 86301
Phone: (928) 771-3344    Facsimile: (928) 771-3110

- 10 -

Office of the Yavapai County Attorney
255 E. Gurley Street, Suite 300
Prescott, AZ 86301
Phone: (928) 771-3344   Facsimile: (928) 771-3110

1  Anne Cecile Longo
2  Bruce P. White
   Mohave County Attorney
3  315 N. Fourth Street
4  P.O. Box 7000
   Kingman, AZ 86402-7000
5  *longoa@mcao.maricopa.gov*
6  *ca-civilmailbox@mcao.maricopa.gov*

7  Daniel S. Jurkowitz
8  Annette Atkins
   Susan Montgomery
9  Pima County Attorney's Office
10 32 N. Stone Avenue, Suite 1400
   Tucson, AZ 85735-1412
11 *daniel.jurkowitz@pcao.pima.gov*
12 annette.atkins@pcaco.pima.agov
   susan.montgomery@pcao.pima.gov
13

14 George Jacob Romero
   Office of the Yuma County Attorney
15 250 W. 2nd Street, Suite G
   Yuma, AZ 85364-1419
16 *george.romero@co.yuma.az.us*
17

18 By /s/ Kathryn E. Williamson
19

20
21
22
23
24
25
26