RICHARD M. ROMLEY
MARICOPA COUNTY ATTORNEY

By: BRUCE P. WHITE (004802)
ANNE C. LONGO (013309)
Deputy County Attorneys
MCAO Firm No. 00032000
ca-civilmailbox@mcao.maricopa.gov

CIVIL DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004-2206
Telephone (602) 506-8541

Attorneys for Defendant Richard M. Romley

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| FRIENDLY HOUSE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL B. WHITING, et al.,<br><br>Defendants. | No. CV10-1061-PHX-JWS<br><br>**DEFENDANT ROMLEY'S ANSWER TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |

Defendant Richard M. Romley, in his official capacity as the Maricopa County Attorney, by and through undersigned counsel, for his answer to Plaintiffs' Complaint, admits, denies, and affirmatively alleges as follows:

1. County Attorney Romley admits that Arizona Senate Bill 1070 ("SB 1070") was signed by Governor Janice Brewer on April 23, 2010, and states that the bill

becomes effective on July 29, 2010. County Attorney Romley admits that the Complaint challenges the constitutionality of SB 1070, affirmatively states that SB 1070 speaks for itself, and to the extent the remaining allegations in paragraph 1 of the Complaint are inconsistent with SB 1070, County Attorney Romley denies the same.

2. County Attorney Romley denies the first two sentences of paragraph 2 of the Complaint. County Attorney Romley is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 2 of the Complaint, and therefore denies the same.

3. County Attorney Romley denies the allegations contained in paragraph 3 of the Complaint.

4. County Attorney Romley is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of the Complaint, and therefore denies the same.

5. As to the allegations contained in paragraphs 5 and 6 of the Complaint, County Attorney Romley admits that jurisdiction and venue are proper in this Court.

6. County Attorney Romley is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 7 through 30 of the Complaint, and therefore denies the same.

7. County Attorney Romley admits the allegations contained in paragraph 38 of the Complaint. As to paragraphs 31 through 37, and 39 through 60 of the Complaint, County Attorney Romley admits that the appropriate name of each county's sheriff and county attorney is set forth, and that they are being sued in their official capacities; but is

without knowledge or information sufficient to form a belief as to the truth of the remaining allegations and therefore denies the same.

8. County Attorney Romley admits that on April 23, 2010, Governor Janice Brewer signed SB 1070 into law, and on April 30, 2010, signed into law House Bill 2162, which amended SB 1070, and affirmatively states that the bill, as amended, speaks for itself. As to the remaining allegations contained in paragraphs 61 through 73 of the Complaint, County Attorney Romley is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

9. County Attorney Romley admits that paragraphs 74 through 143 of the Complaint cite to relevant state and federal statutes and regulations. County Attorney Romley otherwise denies these paragraphs and the paraphrases and interpretations of the state and federal statutes and regulations therein, to the extent they are inconsistent with the statutes and regulations. County Attorney Romley is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraphs 74 through 143, and therefore denies the same.

10. County Attorney Romley is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 144 through 177, and therefore denies the same.

11. County Attorney Romley denies the allegations contained in paragraphs 178 and 179 of the Complaint.

**COUNT ONE**

12. As to paragraph 180 of the Complaint, County Attorney Romley realleges his admissions, denials, and statements previously set forth.

13. County Attorney Romley admits the allegations contained in paragraph 181 of the Complaint.

14. County Attorney Romley is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 182 through 184 of the Complaint, and therefore denies the same.

**COUNT TWO**

15. As to paragraph 185 of the Complaint, County Attorney Romley realleges his admissions, denials, and statements previously set forth.

16. County Attorney Romley admits that paragraph 186 of the Complaint sets forth a portion of the Fourteenth Amendment to the United States Constitution.

17. County Attorney Romley is without knowledge or information to form a belief as to the truth of the allegations contained in paragraphs 187 through 190 of the Complaint, and therefore denies the same.

**COUNT THREE**

18. As to paragraph 191 of the Complaint, County Attorney Romley realleges his admissions, denials, and statements previously set forth.

19. County Attorney Romley admits that paragraph 192 of the Complaint sets forth a portion of the First Amendment to the United States Constitution.

20. County Attorney Romley denies the allegations contained in paragraph 193 of the Complaint.

**COUNT FOUR**

21. As to paragraph 194 of the Complaint, County Attorney Romley realleges his admissions, denials, and statements previously set forth.

22. County Attorney Romley admits the allegations contained in paragraph 195 of the Complaint.

23. County Attorney Romley denies the allegations contained in paragraphs 196 through 198 of the Complaint.

**COUNT FIVE**

24. As to paragraph 199 of the Complaint, County Attorney Romley realleges his admissions, denials, and statements previously set forth.

25. County Attorney Romley admits that paragraph 200 of the Complaint sets forth a portion of Article 2, Section 8 of the Arizona Constitution.

26. County Attorney Romley is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 201 through 203 of the Complaint, and therefore denies the same.

**COUNT SIX**

27. As to paragraph 204 of the Complaint, County Attorney Romley realleges his admissions, denials, and statements previously set forth.

28. County Attorney Romley admits that paragraph 205 of the Complaint sets forth a portion of the Fourteenth Amendment to the U.S. Constitution.

29. County Attorney Romley is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 206 through 208 of the Complaint, and therefore denies the same.

**COUNT SEVEN**

30. As to paragraph 209 of the Complaint, County Attorney Romley realleges his admissions, denials, and statements previously set forth.

31. County Attorney Romley admits that paragraphs 210 and 211 of the Complaint set forth portions of the Privileges and Immunities Clause, and the Fourteenth Amendment, of the United States Constitution.

32. County Attorney Romley is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 212 through 214 of the Complaint, and therefore denies the same.

**COUNT EIGHT**

33. As to paragraph 215 of the Complaint, County Attorney Romley realleges his admissions, denials, and statements previously set forth.

34. County Attorney Romley admits that paragraphs 216 and 217 of the Complaint set forth portions of Section 1981 of Title 42 of the United States Code.

35. County Attorney Romley denies the allegations contained in paragraph 218 of the Complaint.

36. County Attorney Romley denies each and every allegation of the Complaint not heretofore admitted.

**AFFIRMATIVE DEFENSES**

37. Plaintiffs' Complaint as it pertains to County Attorney Romley is unripe for adjudication at this time.

38. County Attorney Romley affirmatively alleges that some of the Plaintiffs lack standing to bring this Complaint against Defendant.

39. County Attorney Romley affirmatively alleges that he is absolutely immune from any liability for performing his official duties required under the Act.

40. County Attorney Romley affirmatively alleges that Plaintiffs have failed to join necessary parties, such as the State of Arizona.

41. County Attorney Romley alleges all affirmative defenses listed in the Federal Rules of Civil Procedure, Rule 8(c), as well as any other affirmative defenses that may come to light during discovery.

WHEREFORE, County Attorney Romley respectfully requests this action be dismissed in its entirety, with Plaintiffs taking nothing, and that Plaintiffs be ordered to pay County Attorney Romley's costs and attorneys fees.

RESPECTFULLY SUBMITTED this 18th day of June, 2010.

RICHARD M. ROMLEY
MARICOPA COUNTY ATTORNEY

By /s/ Bruce P. White
BRUCE P. WHITE
ANNE C. LONGO
Deputy County Attorneys
Attorneys for Defendant Richard M. Romley

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2010, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing, and transmittal of a Notice of Electronic Filing to the following ECF registrants:

***Attorneys for Plaintiffs***

Daniel J. Pochoda
Anne Lai
*alai@acluaz.org*
*dpochoda@acluaz.org*

Harini Raghupathi
Cecillia D. Wang
*hraghupathi@aclu.org*
*cwang@aclu.org*

Daniel R. Ortega, Jr.
*danny@rmgmo.com*

Laura D. Blackburne
*lblackburne@naacpnet.org*

Bradley S. Phillips
Paul J. Watford
Joseph J. Ybarra
Elisabeth J. Neubauer
*brad.phillips@mto.com*
*paul.watford@mto.com*
*joseph.ybarra@mto.com*
*elisabeth.neubauer@mto.com*

Susan T. Boyd
Yuval Miller
*susan.boyd@mto.com*
*yuval.miller@mto.com*

Lisa Kung
Chris Newman
*kung@ndlon.org*
*newman@ndlon.org*

Nina Perales
Ivan Espinoza-Madrigal
*nperales@maldef.org*
*iespinoza@maldef.org*

Connie Choi
Carmina Ocampo
Julie A. Su
Ronald Lee
Yungsuhn Park
*cchoi@apalc.org*
*cocampo@apalc.org*
*jsu@apalc.org*
*rlee@advancingequality.org*
*ypark@apalc.org*

Cynthia Valenzuela Dixon
Nicholas D. Espiritu
Gladys Limon
Thomas A. Saenz
Victor Viramontes
*cvalenzuela@maldef.org*
*nespiritu@maldef.org*
*glimon@maldef.org*
*tsaenz@maldef.org*
*Vviramontes@maldef.org*

Lucas Guttentag
Omar C. Jadwat
Tanaz Moghadam
*lguttentag@aclu.org*
*ojadwat@aclu.org*
*tmoghadam@aclu.org*

Linton Joaquin
Melissa S. Keaney
Ghazal Tajmiri
Vivek Mittal
Nora A. Preciado
Karen C. Tumlin
*joaquin@nilc.org*
*keaney@nilc.org*
*tajmiri@nilc.org*
*mittal@nilc.org*

*preciado@nilc.org*
*tumlin@nilc.org*

Phil A. Thomas
Robert S. Remar
*pthomas@leonardcarder.com*
*rremar@leonardcarder.com*

***Attorneys for Defendants***

John J. Bouma
Robert A. Henry
Joseph G. Adams
*jbouma@swlaw.com*
*bhenry@swlaw.com*
*jgadams@swlaw.com*

Joseph A. Kanefield
*jkanefield@az.gov*

Mary O'Grady
Christopher A. Munns
Isaiah Fields
Steven A. LaMar
*mary.ogrady@azag.gov*
*Christopher.Munns@azag.gov*
*Isaiah.Fields@azag.gov*
*Steven.Lamar@azag.gov*

Joseph D. Young
*jyoung@co.apache.az.us*

Britt W. Hanson
*bhanson@cochise.az.gov*

Jean W. Wilcox
*jwilcox@coconino.az.gov*

June Ava Florescue
*jfloresc@co.gila.az.us*

Kenneth A. Angle
*kangle@graham.az.gov*

Michael W. McCarthy
*mmccarthy@co.greenlee.az.us*

Robert Glenn Buckelew
*gbuckelew@@co.la-paz.az.us*

Thomas P. Liddy
*tliddy@mail.maricopa.gov*

Robert Alexander Taylor
*robert.taylor@co.mohave.az.us*

Lance B. Payette
*lance.payette@@navajocountyaz.gov*

Daniel S. Jurkowitz
*Daniel.Jurkowitz@pcao.pima.gov*

Joe A. Albo, Jr.
*joe.albo@co.pinal.az.us*

Sean A. Bodkin
*sean.bodkin@azbar.org*

Jack Hamilton Fields
*jack.fields@co.yavapai.az.us*

George J. Romero
*YCAttyCivil@yumacountyaz.gov*

***Attorneys for Amicus Curiae***

Christopher B. Dupont
*dupontlaw@cox.net*
Joanna S. McCallum
Gregory N. Pimstone
Ronald G. Blum
Lydia Mendoza
Sirena Castillo
*jmccallum@manatt.com*
*gpimstone@manatt.com*
*rblum@manatt.com*
*lmendoza@manatt.com*
*scastillo@manatt.com*

Cesar A. Perales
Foster Maer
Jose L. Perez
*cperales@latinojustice.org*
*fmaer@latinojustice.org*
*jperez@latinojustice.org*

Charles F. Walker
James Neil Lombardo
Richard Louis Brusca
Stephanie F. Cherny
*charles.walker@skadden.com*
*neil.lombardo@skadden.com*
*richard.brusca@skadden.com*
*stephanie.cherny@skadden.com*

Deborah S. Smith
*deb@debsmithlaw.com*

Cynthia Ann Aziz
*cynthia@azizimmigrationlaw.com*

Stephen W Manning
*smanning@ilgrp.com*

Vikram Ketty Badrinath
*vbadrinath@aol.com*

Russell Reid Abrutyn
*rabrutyn@marshalhyman.com*

Nicholas J. Enoch
*nicholas.enoch@azbar.org*

Daniel C. Barr
Elizabeth J. Kruschek
Mary B. Minder
Paul F. Eckstein
*DBarr@perkinscoie.com*
*ekruschek@perkinscoie.com*
*BMinder@perkinscoie.com*
*PEckstein@perkinscoie.com*

Jon M. Greenbaum
*Jgreenbaum@lawyerscommittee.org*

George A Nilson
William R. Phelan, Jr.
*george.nilson@baltimorecity.gov*
*william.phelan@baltimorecity.gov*

Zach Cowan
*zcowan@ci.berkeley.ca.us*

Carmen A. Trutanich
William W. Carter
Claudia McGee Henry
Gerald M. Sato
*carmen.tratanich@lacity.org*
*william.carter@lacity.org*
*claudia.henry@lacity.org*
*gerald.sato@lacity.org*

Susan L. Segal
Peter W. Ginder
*susan.segal@ci.minneapolis.mn.us*
*peter.ginder@ci.minneapolis.mn.us*

Charles J. McKee
William Litt
*mckeec@co.monterey.ca.us*
*littwm@co.monterey.ca.us*

Victor A. Bolden
Vikki Cooper
Kathleen M. Foster
*vbolden@newhavenct.net*
*vcooper@newhavenct.net*
*kfoster@newhavenct.net*

Gary M. Baum
*gary.baum@cityofpaloalto.org*

Linda Meng
*linda.meng@portlandoregon.gov*

Gerald T. Hendrickson
*jerry.hendrickson@ci.stpaul.mn.us*

Wayne Snodgrass
*wayne.snodgrass@sfgov.org*

Richard Doyle
Nora Frimann
*Richard.Doyle@sanjoseca.gov*
*nora.frimann@sanjoseca.gov*

Peter S. Holmes
Jean Boler
*peter.holmes@seattle.gov*
*jean.boler@seattle.gov*

David J. Euchner
Louis S. Fidel
Matthew H. Green
Adam N. Bleier
*deuchner@comcast.net*
*loufidel@hotmail.com*
*mgreenh@azbar.org*
*adam@sherickbleier.com*

***Attorneys for Movant***

Andrea S. Ordin
Jennifer AD Lehman
Lawrence L. Hafetz
*aordin@counsel.lacounty.gov*
*jlehman@counsel.lacounty.gov*
*lhafetz@counsel.lacounty.gov*

***Attorneys for Intervenor***

Miguel A. Marquez
Greta S. Hansen
Anjali Bhargava
Katherine Desormeau
*miguel.marquez@cco.sccgov.org*
*greta.hansen@cco.sccgov.org*
*anjali.bhargava@cco.sccgov.org*
*kate.desormeau@cco.sccgov.org*

I hereby certify that on June 18, 2010, I served the attached document by U.S. Mail on the following, who are not registered participants of the CM/ECF System:

Maria R. Brandon
Office of Special Litigation Services
234 N. Central Avenue, Suite 4400
Phoenix, AZ 85004
Chris M. Roll
Pinal County Attorney
P.O. Box 887
Florence, AZ 85132-0887

I hereby certify that a courtesy copy was sent via U.S. first class mail, postage prepaid, on the 18th day of June, 2010 to:

The Honorable John W. Sedwick
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street, Suite 130, SPC 1
Phoenix, Arizona 85003-2118

/s/ Sonya Coronado