Linton Joaquin (admitted *pro hac vice*)
Karen C. Tumlin (admitted *pro hac vice*)
Nora A. Preciado (admitted *pro hac vice*)
Melissa S. Keaney (admitted *pro hac vice*)
Vivek Mittal (admitted *pro hac vice*)
Ghazal Tajmiri (admitted *pro hac vice*)
NATIONAL IMMIGRATION LAW
CENTER
3435 Wilshire Boulevard, Suite 2850
Los Angeles, California 90010
Telephone: (213) 639-3900
Facsimile: (213) 639-3911
*joaquin@nilc.org*
*tumlin@nilc.org*
*preciado@nilc.org*
*keaney@nilc.org*
*mittal@nilc.org*
*tajmiri@nilc.org*

*Attorneys for Plaintiffs*

*Application for admission *pro hac vice* forthcoming

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Friendly House; *et al.*, | CASE NO.  CV-10-01061-MEA |
| Plaintiffs, | |
| v. | **DECLARATION OF SAMUEL GRANATO** |
| Michael B. Whiting, *et al.*, | |
| Defendants. | |

# DECLARATION OF SAMUEL GRANATO

I, SAMUEL GRANATO, hereby declare:

I make this declaration based on my own personal knowledge and if called to testify, I could and would do so competently as follows:

1. I am currently the Chief of the Yakima Police Department (YPD) in Washington state. I assumed this position in 2003.

2. I have over 35 years of experience in law enforcement. Prior to assuming the role of Police Chief of the YPD, I held the position of Chief of Police in Kingsville, Texas from 2000 to 2003. Before my service in Kingsville, I worked for the Corpus Cristi Police Department as a Patrol Officer, Detective, Gang Unit Supervisor and Captain from 1977 to 2000. While in school at Sam Houston State University, I worked at the Texas Department of Criminal Justice as a corrections officer from October 1993 to December 1974 and again from January to August 1977.

3. I hold a Bachelor's Degree from Sam Houston State University and an Associate Degree in Law Enforcement from San Antonio College. I am also a graduate of the FBI National Academy.

4. Additionally, I sit on the Board of the Washington Association of Sheriffs and Police Chiefs.

5. I have read and reviewed Arizona's new law, SB 1070 and the amendments to it in HB 2162.

6. Based on over 35 years of law enforcement experience, I believe SB 1070 is problematic for law enforcement for a number of reasons.

7. First, SB 1070 legislates in an area that should be reserved exclusively for the federal government. Immigration enforcement is a federal responsibility and one of the problems with having the state usurp federal authority to enforce immigration laws is the risk that federal immigration law won't be enforced uniformly by state law enforcement officials.

- 1. -

8. The requirement that Arizona provide training for law enforcement officers will not obviate this problem. In my opinion it is not possible to construct a training that would sufficiently prepare officers to enforce SB 1070 in a uniform manner.

9. Moreover, when, as a result of their involvement in immigration enforcement, local police officers come to be viewed as arms of the federal immigration enforcement system, immigrant communities will grow to distrust the police and will likely avoid contact with law enforcement out of fear that it could lead to their deportation or the deportation of a family member, friend, or neighbor.

10. This raises serious public safety concerns. When victims or witnesses of crime are too afraid to contact the police to report crime, public safety is undermined.

11. My job as a law enforcement officer is compromised when the individuals I am charged to serve and protect are afraid to have contact with me. This is exactly what will happen as a result of SB 1070's mandate to investigate immigration status.

12. This problem is not cured by SB 1070's provision that permits law enforcement officers to decline from asking about immigration status where it might "hinder" an investigation. This leaves the determination of whether to inquire into someone's immigration status within the discretion of the individual officer in the field rather than articulating a clear departmental policy that immigrant communities could rely upon. Additionally, SB 1070 does not provide any assurances to those who assist law enforcement in ongoing investigations that their legal status will not be investigated at a future date after the criminal investigation has concluded.

13. Since the immigrant community's trust is fragile, it is important that it have some assurances that immigration status questioning will not take place when they are reporting crimes or assisting police in investigations. Otherwise, where it depends on the individual officer or the circumstances, individuals from these communities will avoid contacting the police.

14. Another concern I have with SB 1070 is that it further victimizes some of the most vulnerable victims of crime. Undocumented individuals are often targeted by criminals because their legal status can be used against them to pressure them not to

- 2 -

report the crime.  For example, a perpetrator who knows of the victim's unlawful status may threaten to report the individual to federal immigration authorities if the crime is reported to the police.  In my years as a law enforcement officer, I have seen this happen time and time again.  For example, an abusive individual threatens his undocumented wife or child that if they report his violence to law enforcement authorities it will only result in their deportation, instead of his prosecution for abuse. SB 1070 will result in further exploitation of this vulnerable group of individuals.

15. Finally, SB 1070 is problematic from a law enforcement perspective because having police involved in immigration enforcement increases the risk that officers will resort to racial and ethnic profiling.  SB 1070 requires Arizona law enforcement officers to determine an individual's immigration status if reasonable suspicion exists that the person is unlawfully present.  Because immigration status is a legal status which cannot be observed visibly, officers will use certain racial and ethnic factors in determining who to investigate.

16. This problem is not cured by the amendment's deletion of race or ethnicity as a permissive factor in forming the requisite reasonable suspicion.  Because SB 1070 mandates officers to investigate immigration status, under threat of legal liability, in reality, officers will resort to racial and ethnic factors in order to comply with their enforcement responsibilities under the law. I do not believe that SB 1070 can be enforced in a racially neutral manner.

//

//

//

//

//

//

//

17. In my opinion, SB 1070 is extremely harmful for local law enforcement.  It invites the improper consideration of race or ethnicity for police stops and arrests and will undermine public safety by causing communities to distrust the police.

I declare under penalty of perjury of the laws that the foregoing is true and correct. Executed this 2ND day of May 2010 in Yukima, Washington.


Chief Samuel Granato

- 4 -

1

**CERTIFICATE OF SERVICE**

2       I hereby certify that on June 14, 2010, I electronically transmitted the attached
document to the Clerk's Office using the CM/ECF System for filing, and transmittal of a
3   Notice of Electronic Filing to the following ECF registrants:

4       Mary R. O'Grady                          *Attorneys for proposed Defendant-*
        Solicitor General                        *Intervenor State of Arizona*
5       Christopher A. Munns
6       Assistant Attorney General
        1275 West Washington Street
7       Phoenix, Arizona 85007-2997
        Telephone: (602) 542-3333
8       Mary.OGrady@azag.gov
9       Christopher.Munns@azag.gov

10      Steven A. LaMar                          *Attorneys for proposed Defendant-*
        Senior Litigation Counsel                *Intervenor State of Arizona*
11      Isaiah Fields
12      Assistant Attorney General
        1275 West Washington Street
13      Phoenix, Arizona 85007
        Telephone: (602) 542-7645
14      Steven.Lamar@azag.gov
15      Isaiah.Fields@azag.gov

16      John J. Bouma (#001358)                  *Attorneys for proposed Defendant-*
        Robert A. Henry (#015104)                *Intervenor Janice K. Brewer,*
17      Joseph G. Adams (#018210)                *Governor of The State of Arizona*
        SNELL & WILMER L.L.P.
18      One Arizona Center
        400 E. Van Buren
19      Phoenix, AZ 85004-2202
        Phone: (602) 382-6000
20      Fax: (602) 382-6070
        jbouma@swlaw.com
21      bhenry@swlaw.com
        jgadams@swlaw.com
22

23      Joseph A. Kanefield (#015838)            *Attorneys for proposed Defendant-*
        Office of Governor Janice K. Brewer      *Intervenor Janice K. Brewer,*
24      1700 W. Washington, 9th Floor            *Governor of The State of Arizona*
        Phoenix, AZ 85007
25      Telephone: (602) 542-1586
        Fax: (602) 542-7602
26      jkanefield@az.gov

27

28

| | | |
|---|---|---|
| 1 | Lance B. Payette | *Attorneys for Defendants Bradley* |
| | Deputy County Attorney | *Carlyon and Kelly Clark* |
| 2 | Navajo County Attorney's Office | |
| | P. 0. Box 668 | |
| 3 | Holbrook, AZ 86025-0668 | |
| | Telephone: (928) 524-4002 | |
| 4 | Lance.Payette@NavajoCountyAZ.gov | |
| 5 | Jean E. Wilcox | *Attorneys for Defendants Coconino* |
| | Deputy County Attorney | *County Attorney and Coconino County* |
| 6 | 110 E. Cherry Avenue | *Sheriff* |
| | Flagstaff, AZ 86001-4627 | |
| 7 | Telephone: (928) 679-8200 | |
| | Fax: (928) 679-8201 | |
| 8 | jwilcox@coconino.az.gov | |
| 9 | Bruce P. White | *Attorneys for Defendant Richard M.* |
| | Anne C. Longo | *Romley, Maricopa County Attorney* |
| 10 | Deputy County Attorneys | |
| | CIVIL DIVISION | |
| 11 | Security Center Building | |
| | 222 North Central Avenue, Suite 1100 | |
| 12 | Phoenix, AZ 85004-2206 | |
| | Telephone: (602) 506-8541 | |
| 13 | ca-civilmailbox@mcao.maricopa.gov | |
| 14 | Michael W. McCarthy | *Attorneys for Defendant Derek Rapier,* |
| | Chief Deputy County Attorney | *Greenlee County Attorney; Steven* |
| 15 | P.O. Box 1717 | *Tucker, Greenlee County Sheriff* |
| | Clifton, AZ 85533 | |
| 16 | Telephone: (928) 865-4108 | |
| | Fax: (928) 865-4665 | |
| 17 | mmccarthy@co.greenlee.az.us | |
| 18 | | |
| | Jack H. Fields | *Attorneys Defendants Sheila Polk,* |
| 19 | Deputy Yavapai County Attorney | *Yavapai County Attorney; Steve Waugh* |
| | Yavapai County Attorney's Office | *Yavapai County Sheriff* |
| 20 | 255 E. Gurley Street | |
| | Prescott, AZ 86301 | |
| 21 | Telephone: (928) 777-7131 | |
| | YCAO@co.yavapai.az.us | |
| 22 | | |
| | Chris M. Roll | *Attorneys for Defendants James P.* |
| 23 | Chief Civil Attorney | *Walsh, Pinal County Attorney; Paul* |
| | Joe Albo | *Babeu, Pinal County Sheriff* |
| 24 | Deputy County Attorney | |
| | P.O. Box 887 | |
| 25 | Florence, AZ 85132 | |
| | Telephone: (520) 866-6242 | |
| 26 | Fax: (520) 866-6521 | |
| | Chris.Roll@pinalcountyaz.gov | |
| 27 | Joe.Albo@pinalcountyaz.gov | |
| 28 | | |

1

2

3

4

5

George J. Romero
Office of the Yuma County Attorney
Civil Division
250 W. 2nd Street, Suite G
Yuma, Arizona, AZ 85364
Telephone: (928) 817-4300
YCAttyCivil@yumacountyaz.gov

*Attorneys for Defendants Jon A. Smith, Yuma County Attorney; Ralph Ogden, Yuma County Sheriff*

6

7

8

9

10

Daniel Jurkowitz
Deputy County Attorney
32 North Stone Avenue, Suite 2100
Tucson, AZ 95701
Telephone: (520) 740-5750
Fax: (520) 620-6556
Daniel.Jurkowitz@pcao.pima.gov

*Attorneys for Defendants Pima County Attorney Barbara LaWall; Pima County Sheriff Clarence W. Dupnik*

11

12

13

14

15

16

17

Thomas P. Liddy
Maria R. Brandon
Maricopa County
Office of Special Litigation Services
234 North Central Avenue, Suite 4400
Phoenix, AZ 85004
Telephone: (602) 372-3859
Fax: (602) 506-1416
tliddy@mail.maricopa.gov
brandonm@mail.maricopa.gov

*Attorneys for Defendant Sheriff Joseph M. Arpaio*

18

19

20

21

22

R. Glenn Buckelew
Deputy La Paz County Attorney
CIVIL DIVISION
1008 Hopi Avenue
Parker, AZ 85344
Telephone: (928) 669-6469
gbuckelew@co.la-paz.az.us

*Attorneys for Defendants Sam Vederman, La Paz County Attorney; Donald Lowery, La Paz County Sheriff*

23

24

25

26

27

28

Joseph D. Young
Apache County Attorney's Office
P.O. Box 637
St. Johns, AZ 85936
Telephone: (928) 337-7560
jyoung@co.apache.az.us

*Attorneys for Defendants Michael B. Whiting, Apache County Attorney, in his official capacity; and Joseph Dedman, Jr., Apache County Sheriff, in his official capacity*

| | |
|---|---|
| Christopher B. Dupont<br>Trautman Dupont PLC<br>1726 North Seventh Street<br>Phoenix, AZ 85006<br>Telephone: (602) 344-0038<br>Fax: (602) 374-2913<br>dupontlaw@cox.net | *Attorneys for Amicus Curiae Legal Momentum* |
| Joanna S. McCallum<br>Gregory N. Pimstone<br>Ronald G. Blum<br>Lydia Mendoza<br>Sirena Castillo<br>Manatt, Phelps & Phillips, LLP<br>11355 W. Olympic Boulevard<br>Los Angeles, CA 90064<br>Telephone: (310) 312-4000<br>Fax: (310) 312-4224<br>jmccallum@manatt.com<br>gpimstone@manatt.com<br>rblum@manatt.com<br>lmendoza@manatt.com<br>scastillo@manatt.com | *Attorneys for Amicus Curiae Legal Momentum* |

I hereby certify that on June 14, 2010, I served the attached document by U.S. Mail on the following, who are not registered participants of the CM/ECF System:

| | |
|---|---|
| Mr. Kenny Angle<br>Graham County Attorney<br>800 West Main Street<br>Safford, AZ 85546 | Mr. Preston Allred<br>c/o Legal Liaison<br>Graham County Sheriff<br>523 10th Avenue<br>Safford, AZ 85546 |
| Mr. John R. Armer<br>c/o Legal Liaison<br>Gila County Sheriff<br>1400 East Ash Street<br>Globe, AZ 85501 | Mr. Larry A. Dever<br>c/o Legal Liaison<br>Cochise County Sheriff<br>205 North Judd Drive<br>Bisbee, AZ 85603 |
| Ms. Daisy Flores<br>Gila County Attorney<br>1400 East Ash Street<br>Globe, AZ 85501 | Mr. Tony Estrada<br>c/o Legal Liaison<br>Santa Cruz County Sheriff<br>1250 N. Hohokam Drive<br>Nogales, AZ 85621 |

Mr. Tom Sheahan
c/o Legal Liaison
Mohave County Sheriff
600 W. Beale Street
Kingman, AZ 86402

Mr. Edward G. Rheinheimer
Cochise County Attorney
150 Quality Hill Road, 2nd Floor
Bisbee, AZ 85603

Mr. Matthew J. Smith
Mohave County Attorney
315 North 4th Street
Kingman, AZ 86401

Mr. George Silva
Santa Cruz County Attorney
2150 North Congress Drive, Suite 201
Nogales, AZ 85621

/s/Robyn E. Bird
           Robyn E. Bird