IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Friendly House, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Michael B. Whiting, et al., <br><br> Defendants. | No. CV10-1061-PHX-SRB <br><br> **ORDER** |

IT IS ORDERED setting oral argument on Plaintiffs' Motion for Preliminary Injunction (doc. 235), Defendants Pinal County Sheriff, Paul Babeu, and Pinal County Attorney James P. Walsh's Motion to Dismiss (doc. 204), and Intervenor Defendant Governor Brewer's Motion to Dismiss (doc. 238) for **July 22, 2010 at 10:00 a.m.** in Courtroom 502, 401 W. Washington St., Phoenix, Arizona.

DATED this 30th day of June, 2010.

_____
Susan R. Bolton
United States District Judge