IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Friendly House, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Michael B. Whiting, et al.,<br><br>　　　　Defendants. | No. CV10-1061-PHX-SRB<br><br>**ORDER** |

  Presently pending before the Court are 11 Motions for Leave to File an *Amicus Curiae* brief in this case. Also pending are Intervenor Defendants Janice K. Brewer and the State of Arizona's Motion for an Order Limiting *Amici Curiae* Briefing, to which Plaintiffs have responded in opposition, and Intervenor Defendants' Motion to Stay Responses to *Amici Curiae* Filings.

  Plaintiffs have requested that this Court hear and rule on their Motion for a Preliminary Injunction to enjoin the enforcement of SB 1070 before it goes into effect on July 29, 2010. Plaintiffs have also stipulated to a briefing schedule setting their deadline to file their Reply in Support of their Motion for Preliminary Injunction on Monday, July 19, 2010. Plaintiffs have asked the Court to rule less than 10 days after the last brief is filed. At the same time, Plaintiffs request that the Court allow all proposed *Amici Curiae* briefs to be filed and oppose the limitations Intervenor Defendants have requested. While there are

1 presently 11 proposed *Amicus Curiae* briefs, both sides suggest that more requests may be filed. The number and length of these briefs may well jeopardize the Court's ability to rule on the Motion for Preliminary Injunction by July 29, 2010, even with the limitations suggested by Intervenor Defendants.

The Court has concluded that the balance of the competing interests in this case should be resolved by allowing interested parties to be heard so long as they timely submit an *Amicus Curiae* brief of a reasonable length. The Court will grant the Motions presently filed but will not consider any brief that exceeds 10 pages including the signature page but excluding any mailing certificate and exhibits. None of the lodged briefs meet these requirements except for the briefs submitted by the International Longshore and Warehouse Union and the Anti-Defamation League. These *Amici Curiae* briefs will be ordered filed with the Court as of this date.

In filing any revised *Amicus Curiae* brief, counsel for each interested party are directed to this Court's Local Rule 7.1(a) and (b) specifying forms of paper for filing in the United States District Court in Arizona. The Court will not consider any brief that is not in the form required by the Local Rule.

**IT IS ORDERED** granting the following motions:

1. International Longshore and Warehouse Union's Motion for Leave to Appear as *Amicus Curiae* in Support of Plaintiffs' Motion for Preliminary Injunction (Doc. 145). Docket entry # 146 shall be deemed filed this date.

2. Motion for Leave to File Brief of *Amicus Curiae* Anti-Defamation League in Support of Plaintiffs' Motion for Preliminary Injunction (Doc. 228). Docket entry # 229 shall be deemed filed this date. The remaining Motions for Leave are granted in part and denied in part. Each proposed *Amicus Curiae* may file a brief in accordance with this Court's order. Any brief that does not meet the requirements of this order will not be considered.

**IT IS FURTHER ORDERED** granting in part and denying in part the following motions:

1. Motion by National Council of La Raza et al. for Leave to File *Amici Curiae* Brief

1 and Memorandum in Support (Doc. 150).

2     2. Motion by Legal Momentum for Leave to filed *Amicus Curiae* Brief in Support of
3 Plaintiffs' Motion for Preliminary Injunction (Doc. 97).

4     3.  Motion for Leave to File Brief of *Amicus Curiae* Lawyers' Committee for Civil
5 Rights Under Law (Doc. 161).

6     4. Motion for Leave to File *Amicus Curiae* Brief in Support of Plaintiffs' Motion for
7 Preliminary Injunction by the County of Santa Clara, et al (Doc. 188).

8     5.  Amended/Corrected Motion for Leave File *Amicus Curiae* Brief by American
9 Immigration Lawyers Association (Docs. 152 & 195).

10     6. Motion by Arizona Attorneys for Criminal Justice for Leave to File *Amicus Curiae*
11 Brief in Support of Plaintiffs' Motion for Preliminary Injunction (Doc. 198).

12     7. Motion of the Asian American Institute and Other *Amici Curiae* for Leave to File
13 *Amici Curiae* Brief in Support of Plaintiffs' Motion for Preliminary Injunction (Doc. 226).

14     8. Amended Motion for Leave to File Brief of the United Mexican States as *Amicus*
15 *Curiae* (Doc. 230).

16     9. Motion by American Bar Association to File *Amicus Curiae* Brief in Support of
17 Plaintiffs' Motion for Preliminary Injunction (Doc. 278).

18     **IT IS FURTHER ORDERED** denying the following motions:

19     1. Motion by Legal Momentum for Leave to File Motion for Leave to File *Amicus*
20 *Curiae* Brief  in Excess of 17 Pages (Doc. 132).

21     2. Motion for Leave to File an *Amicus Curiae* Brief in Excess of Page Limit by the
22 County of Santa Clara, et al (Doc. 189).

23     **IT IS FURTHER ORDERED** granting in part and denying in part Intervenor
24 Defendants' Motion for an Order Limiting *Amici Curiae* Briefing (Doc. 245).

25     **IT IS FURTHER ORDERED** granting Intervenor Defendants' Motion to Stay
26 Responses to *Amici Curiae* Filings (Doc. 246).

27     **IT IS FURTHER ORDERED** that any revised *Amicus Curiae* brief be filed no later
28 than Wednesday, July 14, 2010.  Intervenor Defendants may, but are not required to, submit

- 3 -

responses to these briefs no later than Wednesday, July 21, 2010.

**IT IS FURTHER ORDERED** that any other interested party wishing to file an *Amicus Curiae* brief must file a Motion for Leave and lodge the proposed brief not later than July 14, 2010.

DATED this 1st day of July, 2010.

_____
Susan R. Bolton
United States District Judge