Michael B. Whiting, # 022092
groupmail@co.apache.az.us
Joseph D. Young, # 024027
jyoung@co.apache.az.us
**APACHE COUNTY ATTORNEY'S OFFICE**
P.O. Box 637
St. Johns, AZ  85936
(928) 337-7560

*Attorneys for Defendants*
    *Michael B. Whiting, in his official capacity*
    *Joseph Dedman, Jr., in his official capacity*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| FRIENDLY HOUSE, *et al*,<br>         Plaintiffs,<br><br>vs.<br><br>MICHAEL B. WHITING, *et al*,<br>         Defendant. | Case No: CV-10-01061-MEA<br><br>**ANSWERS OF DEFENDANTS APACHE COUNTY ATTORNEY, MICHAEL B. WHITING AND APACHE COUNTY SHERIFF JOSEPH DEDMAN, JR.** |

    Defendants Apache County Attorney, Michael B. Whiting and Apache County Sheriff, Joseph Dedman, JR., affirmatively allege that they are not proper or necessary parties to this action and take a nominal position.  Said Defendants should either be dismissed form this action or should be denominated as nominal parties.  Defendants Whiting and Dedman answer the Complaint as follows:

    1.    Defendants admit the allegations of paragraphs 5, 6, 64, and 116.

    2.    Defendants admit that the named elected official in paragraphs 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, and 60 have enforcement duties under S.B. 1070 but deny that these are the sole individuals responsible for enforcement within their respective counties.

3. Defendants deny the allegations of paragraph 178 as they apply to these Defendants. Defendants affirmatively allege that they are nominal parties to this action and should be denominated as such.

4. Defendants assert that the language of the constitutional provisions, statues or statements referenced in paragraphs 61, 63, 65, 74, 75, 70, 80, 81, 202, 107, 110, 126, 131, 134, 136, 139, 141, 143, 154, 181, 186, 192, 195, 200, 205, 210, 211, and 216 speaks for itself and that no response is required. Defendants affirmatively allege that they are nominal parties to this action and should be denominated as such.

5. Defendants assert that the allegations of paragraphs 1, 3, 79, 77, 78, 82, 83, 84, 86, 87, 88, 89, 90, 91, 93, 94, 95, 96, 97, 98, 99, 102, 103, 104, 105, 106, 112, 113, 114, 115, 117, 118, 119, 123, 124, 125, 133, 137, 138, 140, 142, 165, 166, 168, 169, 170, 173, 177, 179, 182, 183, 184, 189, 190, 193, 196, 197, 198, 201, 202, 203, 206, 207, 208, 212, 213, 214, 217 and 218 state legal conclusions to which no response is required. Defendants affirmatively allege that they are nominal parties to this action and should be denominated as such.

6. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraphs 2, 4, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 62, 66, 67, 68, 69, 70, 71, 72, 73, 85, 92, 100, 108, 109, 120, 121, 122, 127, 128, 129, 130, 132, 144, 145, 146, 147, 148, 149, 150, 151, 152, 153, 155, 156, 157, 158, 159, 160, 161, 162, 163, 164, 167, 171, 172, 174, 175, 176, 187, and 188 and thus deny these allegations. Defendants affirmatively allege that they are nominal parties to this action and should be denominated as such.

7. All allegations of the complaint not specifically admitted are hereby denied.

**AFFIRMATIVE DEFENSES**

1. Defendants affirmatively allege that they are not proper or necessary parties to this action and that their role in this action is nominal.

2. Defendants affirmatively allege that even if they are necessary parties for purposes of injunctive relief, their role in this action would remain nominal.

3. Defendants affirmatively allege that the Complaint as it pertains to these Defendants is unripe for adjudication at this time. Defendants have not taken and cannot take any action under the Support Our Law Enforcement and Safe Neighbourhoods Act until July 29, 2010, the effective date of the Act (the "Act").

4. Defendants affirmatively allege that some of the Plaintiffs lack standing to bring the Complaint against these Defendants.

5. Defendants affirmatively allege that they have qualified immunity for performing their official duties as required under the Act. *See Pierson v. Ray*, 386 U.S. 547, 537 (1967); *Luchunski v. Congrove* 193 Ariz. 176, 971 p. 2d 636(App.1998).

6. Additional facts may be revealed by future discovery which support affirmative defenses available to, but presently unknown to, these Defendants. Accordingly, Defendants hereby incorporate by this reference all applicable affirmative defences pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure as though set forth fully herein.

## **RELIEF**

A. Defendants affirmatively allege that any relief requested by Plaintiffs is not available from these Defendants, who are nominal parties to this action and should be denominated as such.

B. Having fully answered the Complaint and having stated affirmative defenses, Defendants request entry of judgement denying any and all relief that Plaintiffs have requested as to these Defendants, dismissing the Complaint as to these Defendants with Prejudice, and granting such other and further relief as the Court deems proper.

RESPECTFULLY SUBMITTED this 8th day of July, 2010.

                                      Michael B. Whiting
                                      Apache County Attorney

                                      /s/ Joseph Young
                                      Joseph D. Young
                                      Deputy County Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and transmittal of a Notice of Electronic Filing to the following ECF registrants:

- Adam Netel Bleier     adam@sherickbleier.com, clarissa@sherickbleier.com
- Aileen Wheeler     awheeler@cov.com, awheeler@cov.com
- Albert M Flores     amflegal@aol.com
- Andrea Sheridan Ordin     aordin@counsel.lacounty.gov
- Anjali Bhargava     anjali.bhargava@cco.sccgov.org
- Anne Lai     alai@acluaz.org, jessican@acluaz.org
- Anne Cecile Longo     longoa@mcao.maricopa.gov, ca-civilmailbox@mcao.maricopa.gov
- Bradley S Phillips     brad.phillips@mto.com, james.berry@mto.com, mary.pantoja@mto.com
- Britt Wesley Hanson     bhanson@cochise.az.gov, kaguilar@cochise.az.gov
- Bruce P White     whiteb@mcao.maricopa.gov
- Bryan B Chambers     bchambers@co.gila.az.us
- Carla Gorniak     cgorniak@dl.com, courtalert@dl.com
- Carmina OCampo     cocampo@apalc.org, cocampo@apalc.org
- Carolyn B Lamm     clamm@whitecase.com
- Cecillia D Wang     cwang@aclu.org, irptemp1@aclu.org
- Cesar A Perales     cperales@latinojustice.org
- Charles F Walker     charles.walker@skadden.com
- Chris Myrl Roll     chris.roll@pinalcountyaz.gov, kristine.carver@pinalcountyaz.gov
- Christopher Baird Dupont     dupontlaw@cox.net
- Christopher R Clark     crclark@dl.com
- Connie Choi     cchoi@apalc.org, cchoi@apalc.org
- Cynthia Ann Aziz     cynthia@azizimmigrationlaw.com
- Cynthia Valenzuela Dixon     cvalenzuela@maldef.org, agodinez@maldef.org
- Daniel Clayton Barr     DBarr@perkinscoie.com, docketphx@perkinscoie.com, sneilson@perkinscoie.com
- Daniel Joseph Pochoda     dpochoda@acluaz.org, danpoc@cox.net, jessican@acluaz.org
- Daniel R Ortega , Jr     danny@rmgmo.com, lupe@rmgmo.com
- Daniel S Jurkowitz     Daniel.Jurkowitz@pcao.pima.gov, annette.atkins@pcao.pima.gov, susan.montgomery@pcao.pima.gov
- David Jeremy Bodney     dbodney@steptoe.com, awilmot@steptoe.com, phdctnef@steptoe.com
- David Joseph Euchner     deuchner@comcast.net
- David Lawrence Abney     abneymaturin@aol.com
- Deborah S Smith     deb@debsmithlaw.com

- Dennis J Herrera    tara.collins@sfgov.org
- Elisabeth Jill Neubauer    Elisabeth.Neubauer@mto.com, Marsha.Oseas@mto.com
- Elizabeth Janney Kruschek    ekruschek@perkinscoie.com
- Foster Maer    fmaer@latinojustice.org
- Gary Michael Baum    gary.baum@cityofpaloalto.org, sharon.hanks@cityofpaloalto.org
- George A Nilson    george.nilson@baltimorecity.gov
- George Jacob Romero    YCAttyCivil@yumacountyaz.gov
- Ghazal Tajmiri    tajmiri@nilc.org, tajmiri@nilc.org
- Gladys Limon    glimon@maldef.org, agodinez@maldef.org
- Gregory N Pimstone    gpimstone@manatt.com
- Greta S Hansen    greta.hansen@cco.sccgov.org
- Harini Raghupathi    hraghupathi@aclu.org, sdhir@aclu.org
- Ivan E Espinoza-Madrigal    iespinoza@maldef.org
- Jack Hamilton Fields    jack.fields@co.yavapai.az.us
- James Neil Lombardo    neil.lombardo@skadden.com
- Jean Boler    jean.boler@seattle.gov
- Jean E Wilcox    jwilcox@coconino.az.gov, mrankin@coconino.az.gov
- Jeffrey Allen Imig    jimig@hmpmlaw.com, jarchambeau@hmpmlaw.com
- Jennifer AD Lehman    jlehman@counsel.lacounty.gov, dbluem@counsel.lacounty.gov
- Joanna S McCallum    jmccallum@manatt.com
- Joe A Albo , Jr    joe.albo@pinalcountyaz.gov, joe.albo@azbar.org, kristine.carver@pinalcountyaz.gov
- John J Bouma    jbouma@swlaw.com, brhoades@swlaw.com, docket@swlaw.com, mzachow@swlaw.com
- Jon Marshall Greenbaum    jgreenbaum@lawyerscommittee.org
- Jose L Perez    jperez@latinojustice.org
- Jose de Jesus Rivera    jrivera@hmpmlaw.com, jlarsen@hmpmlaw.com, jsoto@hmpmlaw.com, slarsen@hmpmlaw.com
- Joseph Young    jyoung@co.apache.az.us, josephdyoung7@gmail.com
- Joseph Andrew Kanefield    jkanefield@az.gov
- Joseph G Adams    jgadams@swlaw.com, docket@swlaw.com, mgarsha@swlaw.com
- Joseph J Ybarra    joseph.ybarra@mto.com
- Julie A Su    jsu@apalc.org, jsu@apalc.org
- June Ava Florescue    jfloresc@co.gila.az.us
- Karen Cassandra Tumlin    tumlin@nilc.org
- Katherine Desormeau    kate.desormeau@cco.sccgov.org
- Kenneth Andrew Angle    kangle@graham.az.gov
- Lance B Payette    lance.payette@navajocountyaz.gov
- Lawrence L Hafetz    lhafetz@counsel.lacounty.gov
- Linda Meng    linda.meng@portlandoregon.gov
- Linton Joaquin    joaquin@nilc.org
- Louis S Fidel    loufidel@hotmail.com
- Lucas Guttentag    lguttentag@aclu.org, irp_ecf@aclu.org
- Lydia Mendoza    lmendoza@manatt.com

- Maria R Brandon    brandonm@mail.maricopa.gov, fitzpatrickl@mail.maricopa.gov, Garciaj013@mail.maricopa.gov, garciat@mail.maricopa.gov, winkl@mail.maricopa.gov
- Mary Bridget Minder    BMinder@perkinscoie.com, docketphx@perkinscoie.com, sneilson@perkinscoie.com
- Matthew Harrison Green    mgreenh@mattgreenlaw.com, allisona@mattgreenlaw.com, theresa@mattgreenlaw.com
- Melissa S Keaney    keaney@nilc.org, keaney@nilc.org
- Michael Dennis Latham    mlatham@co.apache.az.us
- Michael M Markman    mmarkman@cov.com, mmarkman@cov.com
- Michael William McCarthy    mmccarthy@co.greenlee.az.us, mwmccarthy2002@yahoo.com
- Miguel A Marquez    miguel.marquez@cco.sccgov.org
- Nathan Jean Fidel    nfidel@hmpmlaw.com, jlarsen@hmpmlaw.com, slarsen@hmpmlaw.com
- Nicholas David Espiritu    nespiritu@maldef.org, agodinez@maldef.org
- Nicholas Jason Enoch    nicholas.enoch@azbar.org, danette@lubinandenoch.com
- Nina Perales    nperales@maldef.org, cleija@maldef.org
- Noel A Fidel    noel.fidel@mwmf.com, lori.mandell@mwmf.com, nafidel@mac.com
- Nora A Preciado    preciado@nilc.org, preciado@nilc.org
- Omar C Jadwat    ojadwat@aclu.org, mlauterback@aclu.org
- Paul F Eckstein    PEckstein@perkinscoie.com, cwendt@perkinscoie.com, docketphx@perkinscoie.com
- Paul J Watford    paul.watford@mto.com, marie.baltierra@mto.com
- Peter S Holmes    peter.holmes@seattle.gpv
- Peter Shawn Kozinets    pkozinets@steptoe.com, mmedlin@steptoe.com, phdctnef@steptoe.com
- Peter William Ginder    peter.ginder@ci.minneapolis.mn.us
- Phil A Thomas    pthomas@leonardcarder.com, pthomas@leonardcarder.com
- Rebecca Ann Reed    rreed@hmpmlaw.com, gnielsen@hmpmlaw.com
- Richard Anthony Lopez    rlopez@cov.com
- Richard Louis Brusca    richard.brusca@skadden.com
- Robert Alexander Taylor    robert.taylor@co.mohave.az.us
- Robert Arthur Henry    bhenry@swlaw.com, docket@swlaw.com, pwilliams@swlaw.com
- Robert Enrique Pastor    rpastor@hmpmlaw.com, jlarsen@hmpmlaw.com, slarsen@hmpmlaw.com
- Robert Glenn Buckelew    gbuckelew@co.la-paz.az.us
- Robert S Remar    rremar@leonardcarder.com, rremar@leonardcarder.com
- Ronald G Blum    rblum@manatt.com
- Russell Reid Abrutyn    rabrutyn@marshalhyman.com
- Sean Aloysius Bodkin    sean.bodkin@azbar.org
- Sirena Castillo    scastillo@manatt.com
- Stanley G Feldman    sfeldman@hmpmlaw.com, svancamp@hmpmlaw.com

- Stephanie Fleischman Cherny    stephanie.cherny@skadden.com
- Stephen N Zack    szack@bsfllp.com
- Stephen W Manning    smanning@ilgrp.com
- Susan L Segal    susan.segal@ci.minneapolis.mn.us
- Susan Traub Boyd    Susan.Boyd@mto.com, Robyn.Bird@mto.com
- Tamara Lange    tamara.lange@cco.sccgov.org, alexandra.weight@cco.sccgov.org
- Tanaz Moghadam    tmoghadam@aclu.org, arastogi@aclu.org
- Thomas A Saenz    tsaenz@maldef.org, tsaenz@maldef.org
- Thomas P Liddy    tliddy@mail.maricopa.gov, garciaj013@mail.maricopa.gov, garciat@mail.maricopa.gov
- Victor Viramontes    Vviramontes@maldef.org, agomez@maldef.org, mcabadas@maldef.org
- Vikram Ketty Badrinath    vbadrinath@aol.com, vikram.badrinath@azbar.org
- Vivek Mittal    mittal@nilc.org, mittal@nilc.org
- Wayne Snodgrass    wayne.snodgrass@sfgov.org
- Wendy L Feng    wfeng@cov.com, mochoa@cov.com
- William Rowe Phelan , Jr    william.phelan@baltimorecity.gov
- Yungsuhn Park    ypark@apalc.org, ypark@apalc.org
- Yuval Miller    yuval.miller@mto.com, susan.ahmadi@mto.com

I hereby certify that on July 8, 2010, I served the attached document by U.S. Mail on the following, who are not registered participants of the CM/ECF System:

Carmen A Trutanich  
Los Angeles City Attorney  
200 N Main St  
915 City Hall East  
Los Angeles, CA 90012

Claudia McGee Henry  
Los Angeles City Attorney  
200 N Main St  
915 City Hall E  
Los Angeles, CA 90012

Charles J McKee  
Office of County Counsel City of Monterey  
168 W Alisal St  
3rd Floor  
Salinas, CA 93901

Gerald M Sato  
Los Angeles City Attorney  
200 N Main St  
915 City Hall E  
Los Angeles, CA 90012

Chris Newman  
National Day Labor Organizing Network  
675 S Park View St  
Ste B  
Los Angeles, CA 90057

Gerald T Hendrickson  
Office of the City Attorney  
400 City Hall  
15 W Kellogg Blvd  
Saint Paul, MN 55102

Katheleen M Foster
Office of Corporation Counsel
165 Church St
New Haven, CT 06510

Laura D Blackburne
NAACP
4805 Mt Hope Dr
Baltimore, MD 21215

Lisa Kung
National Day Labor Organizing Network
675 S Park View St
Ste B
Los Angeles, CA 90057

Nora Frimann
Office of the City Attorney
200 E Santa Clara St
16th Fl
San Jose, CA 95113-1905

Richard Doyle
Office of the City Attorney
200 E Santa Clara St
16th Fl
San Jose, CA 95113-1905

Ronald Lee
Asian Pacific American Legal Center
1145 Wilshire Blvd
Ste 200
Los Angeles, CA 90017

Victor A Bolden
Office of Corporation Counsel
165 Church St
New Haven, CT 06510

Vikki Cooper
Office of Corporation Counsel
165 Church St
New Haven, CT 06510

William Litt
Office of County Counsel - County of Monterey
168 W Alisal St
3rd Floor
Salinas, CA 93901

William W Carter
Los Angeles City Attorney
200 N Main St
915 City Hall East
Los Angeles, CA 90012

Zach Cowan
Berkeley City Attorneys Office
2180 Milvia St
4th Floor
Berkeley, CA 94704

/s/ Stephanie M. McCarthy
    Stephanie M. McCarthy