UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Valle del Sol, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>Michael B. Whiting, *et al.*,<br><br>          Defendants. | CASE NO. CV-10-01061-PHX-SRB<br><br>**ORDER** |

The Court has considered Plaintiffs' Motion to Shorten Time for Briefing and Hearing on Plaintiffs' Motion for Preliminary Injunction and Intervenor Defendants' Response.

IT IS ORDERED denying Plaintiffs' Motion to Shorten Time for Briefing and Hearing on Motion for Preliminary Injunction. (Doc. 720)

IT IS FURTHER ORDERED that Defendants may have until Friday, August 10, 2012 to respond to Plaintiffs' Motion for Preliminary Injunction. Defendants' Response may not exceed 50 pages.

/ / /

/ / /

/ / /

      IT IS FURTHER ORDERED that if Plaintiffs wish to reply they must do so by Friday, August 17, 2012 and their brief may not exceed 20 pages.

      Dated this 23rd day of July, 2012.

_____
Susan R. Bolton
United States District Judge