## INDEX OF EXHIBITS

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| A | E-mail from Lyle Mann to Agency Heads, Aug. 8, 2012 |
| B | Declaration of Robert Halliday |
| C | Declaration of Larry A. Dever |
| D | Declaration of Daniel Raiss |
| E | Declaration of Mark Spencer |
| F | Declaration of Robert Brown |
| G | Declaration of Jennifer McGlone |
| H | Chronological List of E-mails in Plaintiffs' Exhibit E |
| I | Second Declaration of Kelly Kszywienski |