# Exhibit A

**From:** Lyle Mann
**Sent:** Wednesday, August 08, 2012 3:41 PM
**To:** mgarcia@ak-chin.nsn.us; jdedman@apachecounty.net; jmonahan@ajcity.net; kkotsur@avondale.org; Tom Horne (tom.horne@azag.gov); mneubert@azcc.gov; dbutler@azda.gov; cryan@azcorrections.gov; Terry Azbill; mbrnovich@azgaming.gov; Germaine L. Marks (gmarks@azinsurance.gov); Charles Flanagan (cflanagan@azdjc.gov); ROBERT C HALLIDAY (rhalliday@azdps.gov); NOLAN THOMPSON (nthompson@azracing.gov); sstanton@azdot.gov; GENE ELMS (gelms@azgfd.gov); Patricia Phillips (tphillips@azlottery.gov); jream@azstateparks.gov; john.pickens@asu.edu; richard.colwell@azwestern.edu; john.edmundson@azwestern.edu; pfmoncada@cityofbenson.com; Jamie T. Kootswatewa (Jamie.Kootswatewa@bia.gov); cobpolice@cityofbisbee.com; mmann@buckeyeaz.gov; chief@bullheadcity.com; Nancy Gardner (nancy.gardner@campverde.az.gov); BobH@casagrandeaz.gov; astein@cavecreek.org; Chief Luis Martinez (luis.martinez@centralaz.edu); sherry.kiyler@chandleraz.gov; Charles Wynn (cwynn@chinoaz.net); Randy S. Taylor (Randy.Taylor@clarkdale.az.gov); Andrew J. Britton (britton@townofclifton.com); ldever@cochise.az.gov; bpribil@coconino.az.gov; James Spurgeon (jspurgeon633@hotmail.com); Jonathan Roundy (marshal@tocc.us); Stewart Harper (stuart.harper73@yahoo.com); Joseph R. Brugman (jbrugman@coolidgeaz.com); jfanning@cottonwoodaz.gov; Donald Burbank (dburbank@dinecollege.edu); alberto.melis@douglasaz.gov; m.hogan@eagaraz.gov; Terry McEuen (mike.mceuen@eac.edu); Steven W. Campbell (scampbell@cityofelmirage.org); William Pitman (bpitman@eloypd.com); Kevin Treadway (ktreadway@coconino.az.gov); Dan Hughes (dan.hughes@florenceaz.gov); jdelmar@ftmcdowell.org; Raymond Limon (aupshaw@fmtpd.org); Baydon Grover (marshal@fredonia.net); dflores@co.gila.az.us; jarmer@co.gila.az.us; Edward Alameda (edward.alameda@gric.nsn.us); Tim Dorn (sandy.rodricks@gilbertaz.gov); Debora Black (dblack@glendaleaz.com); Lee Kinnard (lkinnard@globeaz.gov); Jerry Geier (jgeier@goodyearaz.gov); Kenneth Angle (kangle@graham.az.gov); Preston "PJ" Allred (pallred@graham.az.gov); stucker@co.greenlee.az.us; Scott G. Gillen (sgillen@townofhayden.net); jacksonhpd@cableone.net; dlgrey@huachucacity.org; fbradley@Hualapai-nsn.gov; jeromechief@jeromepd.org; Joseph Martinez (chiefjmartinez@townofkearny.com); Robert DeVries (rdevries@cityofkingman.gov); Samuel Vederman (svederman@co.la-paz.az.us); Larry Irwin (onescp@aol.com); dlowery@lapazsheriff.org; doyled@lhcaz.gov; Mikel Longman (Mikel.Longman@domail.maricopa.edu); Jennifer Waller (jenniferwaller@mail.maricopa.gov); h_gonzales@mcso.maricopa.gov; Steve Stahl (steve.stahl@maricopa-az.gov); Harry Beck (harry.beck@mesaaz.gov); frank.milstead@mesaaz.gov; miamipolice@yahoo.com; Shawn Blackburn (shawn.blackburn@mohavecounty.us); Thomas M. Sheahan (Tom.Sheahan@mohavecounty.us); Brad Carlyon (brad.carlyon@navajocountyaz.gov); sheriff@navajocountyaz.gov; Anderson Harvey (andersonharvey@navajo-nsn.gov); Bobby Etsitty (brown_cop@yahoo.com); Jeffrey Kirkham; gt.fowler@nau.edu; Daniel Sharp (dsharp@orovalleyaz.gov); Ray Varner (rvarner@cityofpage.org); jbennett@paradisevalleyaz.gov; cop@ci.parker.az.us; michael.a.valenzuela@pascuayaqui-nsn.gov; DONALD ENGLER (dengler@paysonaz.gov); Roy W. Minter Jr. (roy.minter@peoriaaz.gov); jack.ballentine@phoenix.gov; lisa.coombe@phoenix.gov; sbay@pima.edu; pimacounty.attorney@pcao.pima.gov; caroline.vargas@sheriff.pima.gov; Florence Cauthen (pimachief@gmail.com); james.walsh@pinalcountyaz.gov; Paul Babeu (paul.babeu@pinalcountyaz.gov); seldredge@ci.pinetop-lakeside.az.us; mike.kabbel@prescott-az.gov; Bill Fessler (bfessler@pvaz.net); qsite1@ci.quartzsite.az.us; qpdchief@gmail.com; jgriffin@ci.safford.az.us; jharris@ci.sahuarita.az.us; Karl Auerbach (karl.auerbach@srpmic-nsn.gov); abenally@scatui.net; wcassadore@gmail.com; Arturo Ramos (aramos@cityofsanluis.org); gsilva@co.santa-cruz.az.us; testrada@co.santa-cruz.az.us; arodbell@scottsdaleaz.gov; RAYMOND O. COTA (rcota@sedonaaz.gov); jsmythe@showlowaz.gov; ken.kimmel@sierravistaaz.gov; jvanwinkle@stpd.org; Benjamin Cotman (benjaminc@cityofsomerton.com); rmunoz@southtucson.org; Mike Nuttall (mnuttall@springervilleaz.gov); djones@sjaz.us; luigi.digirolamo@co.pinal.az.us; Michael Frazier (michael.frazier@surpriseaz.gov); tom_ryff@tempe.gov; mstevens@thatcher.az.gov; joseph.delgado@tonation-nsn.gov; lrodriguez@tollesonaz.org; Billy Cloud (b.a.cloud@juno.com); Quincy Goseyun (tontoapachepolice@yahoo.com); JOHN IVANOFF (jivanoff@tucsonairport.org); roberto.villasenor@tucsonaz.gov; Manual Flores (mrflore1@up.com); Anthony Daykin (daykin@uapd.arizona.edu); Jeff Philpot (jphilpot@town.wellton.az.us); Andrew Kane (andrewkane@wmat.us); Jefferson Cheney White Mtn Apache Wildlife Game & Fish; Wayde Webb

(wwebb@azdps.gov); jweaver@willcoxcity.org; Herman Nixon (hnixon@williamsaz.gov); steve.garnett@ci.winslow.az.us; joe.cappelli@yc.edu; ycao@co.yavapai.az.us; Scott L. Mascher (scott.mascher@co.yavapai.az.us); Larry Moses (lmoses@yan-tribe.org); rreed@ypit.com; Terry A. McDonald (tmcdonald@youngtownaz.org); Jon R. Smith (jon.smith@yumacountyaz.gov); Ralph Ogden (ralph.ogden@ycso.yumacountyaz.gov); John Lekan (john.lekan@yumaaz.gov)
**Cc:** Diana Stabler; jan@azchiefsofpolice.org
**Subject:** Update on SB 1070


Agency Heads:

Pursuant to Executive Order 2012-02, Arizona POST issued a Re-Chaptered version of the 2010 Immigration Law Training. On June 25, 2012, I wrote to you as directed by the Governor to address the U.S. Supreme Court's ruling regarding the constitutionality of Sections 2(B), 3, 5(C), and 6 of S.B. 1070. Today, the Ninth Circuit Court of Appeals remanded the case to the district court for further proceedings (see attached). As you know, the Supreme Court held that Section 2(B) is not preempted or unconstitutional on its face. This letter is to comply with the Executive Order directing POST to distribute supplemental information concerning any guidance provided by the Court regarding implementation of Section 2(B).

We are aware that there are different views concerning the interpretation of the arrest provision in Section 2(B).  Counsel for the State has asked us to inform you that the State has taken the following position in litigation: the statute requires immigration checks only when reasonable suspicion of unlawful presence exists during a lawful stop, detention, or arrest; and the presumptive identification provisions in the statute also apply in all three scenarios.

The Supreme Court noted concerns about the manner in which Section 2(B) could be implemented.  Section 2(B) must be implemented consistent with the Fourth Amendment. Section 2(B) does not authorize law enforcement officers to impose prolonged detention upon individuals solely for the purpose of verifying the individuals' immigration status.  This applies regardless of whether the investigation into the individuals' immigration status is conducted in connection with a stop, a detention, or an arrest. We encourage all agencies to work with their legal counsel and develop formal policies for the proper implementation of Section 2(B) in the event the injunction is dissolved.

Lyle W. Mann
Executive Director

**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
    *Plaintiff-Appellee,*

v.

STATE OF ARIZONA and JANICE K. BREWER, Governor of the State of Arizona, in her official capacity,
    *Defendants-Appellants.*

No. 10-16645

D.C. No.
2:10-cv-01413-SRB
District of Arizona,
Phoenix

ORDER

On Remand From The United States Supreme Court

Filed August 8, 2012

Before: John T. Noonan, Richard A. Paez, and
Carlos T. Bea, Circuit Judges.

## ORDER

Pursuant to the Supreme Court's decision in *Arizona v. United States*, 132 S. Ct. 2492 (2012), the district court's preliminary injunction is AFFIRMED in part and REVERSED in part, as follows:

**1.** The district court's grant of a preliminary injunction enjoining enforcement of Section 2(B) of S.B. 1070 is REVERSED; and

**2.** The district court's grant of a preliminary injunction enjoining enforcement of Sections 3, 5(C), and 6 of S.B. 1070 is AFFIRMED.

The matter is remanded to the district court for further proceedings consistent with the opinion and judgment of the

8998         United States v. Arizona

Supreme Court. The filing of this order shall serve as the court's mandate.