# Exhibit G

## DECLARATION OF JENIFER MCGLONE

Jenifer McGlone declares as follows:

1.     The facts set forth below are of my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2.     I have been employed by the Maricopa County Sheriff's office since November of 2000.  I am currently a Lieutenant who oversees the work of officers working for the Maricopa County Sheriff's office who have 287(g) status and who work in what is referred to as "Central Intake."

3.     Prior to my current position, I also worked in a Helena, Montana jail for a period of six months and was also a Law Enforcement Specialist in the United States Air Force for approximately four years.

4.     In August of 2007, I become 287(g) certified.

5.     As a 287(g) certified officer, I have direct access to ICE maintained databases that contain information about a person's immigration status.  These databases have the ability to search phonetic spellings and automatically provide likely spellings.

6.     Persons arrested within the borders of Maricopa County, Arizona, by any municipality, can be transported to Central Intake for booking.

7.     Booking at Central Intake begins when an inmate is taken to medical for an assessment of any injuries or medical conditions that need attention.

8.     Next, the arresting officer will "book in" the inmate into the jail.  The officer inputs the inmate's name, date of birth, and the charges being brought by the officer.

9.     Inmates are subsequently taken to the Mug Shot Officer where 100% of inmates are given a preliminary interview by a 287(g) certified officer.  At this time, a 287(g) officer asks the inmate for their name, where they were born, and their social security number provided the inmate can provide one, what country they are a citizen or

1

national of, and any other questions that will help to determine if they have legal status in the U.S.

10.    After having their mug shot taken, inmates are taken to the "ICE Station" where it is determined by a 287(g) officer whether further inquiry is necessary into the immigration status of an inmate.

11.    As one initial check, a 287(g) officer may compare a person's social security number with the numbers assigned by the Social Security Administration for the geographical area the inmate identifies as their place of birth. This inquiry is sometimes helpful because the first three digits of a social security number are assigned by geographical location. In other words, if an inmate states that he was born in Arizona, then it is common that the person's social security number would begin with three digits assigned to Arizona's geographic location.

12.    In some cases, further inquiry is required to determine an inmate's immigration status. In my experience, I have found that many unlawful aliens will simply admit to their unlawful status.

13.    The 287(g) officer will also enter the inmate's name, date of birth, and place of birth into ICE's databases. The 287(g) officer will use the names of the inmate's parents to narrow the list of returned persons so that the 287(g) officer can readily determine that he has identified the proper person. When you enter the name and date of birth of the subject into the ICE databases, on of the common methods used to make sure you have properly identified the subject is to use the subject's parents' names as an additional identifier.

14.    When a person's immigration status cannot be readily identified, the 287(g) officer will conduct a "two print" which involves fingerprinting the inmate's two index fingers. The fingerprints are automatically reviewed by certain ICE databases which bring up biographical information when an individual has had prior contact with ICE which lead to prior fingerprinting.

2

15.    Upon determining the immigration status of an inmate, the 287(g) officer will place an Immigration Detainer on the inmate.  The hold is then entered into the Jail Management System.  At this point, the inmate is accepted by the Acceptance Officer and the inmate is taken to his or her initial hearing.

16.    If it is determined that the inmate should be released at the initial appearance court, a 287(g) officer checks the inmate's criminal history and determines what type of Immigration removal process may be applicable to the inmate.  There are three types of removal proceedings that the 287(g) officers complete at Central Intake. They are (1) Voluntary Return; (2) Notice to Appear; and (3) Reinstatement.  Inmates are asked if they would like to go before an immigration judge.  When an inmate wants to go before an immigration judge, a 287(g) officer prepares a notice of appearance.

17.    In my experience, the majority of persons who qualify for a Voluntary Return accept a Voluntary Return which allows the inmate to return to their country of origin provided the country of origin is a border country, such as Mexico, without going before an immigration judge.

18.    For certain crimes, the inmate is not given the option and must appear before an immigration judge.

19.    Inmates that have been determined to be unlawfully present in the U.S. and who are not going to be released as described above are classified by risk in the same matter as a U.S. Citizen inmate.

20.    In my experience, the 287(g) officers that I work with are able to determine an inmate's immigration status as described above within a matter of minutes.

21.    As long as the arresting officers have criminal charges against an inmate that they book into Central Intake, Senate Bill 1070 will not change operations in the Maricopa County jail system because we already determine the immigration status of 100% of the inmates booked into the Maricopa County jail.

22.    Thus, because we determine the immigration status for a 100% of those

persons booked into the jail prior to their release, local law enforcement officers will not need to contact ICE or ICE's Law Enforcement Support Center to determine a person's immigration status because that process will automatically occur at our facility.

23.     The determination of a person's immigration status is made by officers who are 287(g) certified.  Further, the 287(g) officers work is supervised by an ICE agent who is physically located inside the Maricopa County jail and who is available to make final determinations of immigration status when necessary.  It is my understanding that an ICE agent is scheduled to be in the Maricopa County jail around the clock with the lone exception being Friday and Saturday nights.

24.     It has been my experience during the last ten years working in the Maricopa County jail system that ICE is appreciative of our work in assisting them to enforce Federal immigration law.

25.     Also, ICE (along with other federal agencies) book people nightly into the Maricopa County jail who have been detained by ICE for violating Federal immigration laws.  I am aware that ICE houses these persons at the jail because they have been unable to finish processing those persons prior to the end of the day.  ICE returns the following morning and completes its processing.

I declare under penalty of perjury that the foregoing is true and correct.

DATED  7 | 19 | 2010

Maricopa County, Arizona.


By _____
Jenifer McGlone

11765322

4