# Exhibit H

## E-mails Attached as Plaintiffs' Exhibit E

(In Chronological Order)

| EXHIBIT | DATE | TO | FROM |
|---|---|---|---|
| E-21 | 1/17/2006 | Senate President Russell Pearce | Senate President Russell Pearce |
| E-23 | 3/3/2006 | Senate President Russell Pearce | Senate President Russell Pearce |
| E-15 | 4/6/2006 | Senate President Russell Pearce (Addressed to Brother William Evans) | Senate President Russell Pearce |
| E-9 | 4/24/2006 | Senate President Russell Pearce | Senate President Russell Pearce (Chilling Reading from Pete) |
| E-18 | 6/20/2006 | Senate President Russell Pearce | Senate President Russell Pearce |
| E-19 | 12/14/2006 | Senate President Russell Pearce | Senate President Russell Pearce |
| E-8 | 1/29/2007 | Senate President Russell Pearce | Senate President Russell Pearce |
| E-28 | 5/2/2007 | Senate President Russell Pearce | James Freeman |
| E-22 | 5/22/2007 | Senate President Russell Pearce | Ray Barnes |
| E-20 | 7/6/2007 | Senate President Russell Pearce | Karen S. Johnson |
| E-12 | 7/9/2007 | Senate President Russell Pearce | Buddy Woods |
| E-36 | 5/17/2008 | Senate President Russell Pearce | Senate President Russell Pearce (Stuart H. Hurlbert) |
| E-35 | 5/21/2008 | Senate President Russell Pearce | Senate President Russell Pearce |
| E-37 | 7/22/2008 | Karen Smith<br>Senate President Russell Pearce | Senate President Russell Pearce |
| E-10 | 12/21/2008 | Senate President Russell Pearce | Senate President Russell Pearce |
| E-17 | 2/15/2009 | Michael Hough | Senate President Russell Pearce |
| E-16 | 5/26/2009 | Senate President Russell Pearce | Senate President Russell Pearce |
| E-5 | 6/30/2009 | John Huppenthal | Senate President Russell Pearce |
| E-14 | 6/30/2009 | John Huppenthal | Senate President Russell Pearce |
| E-6 | 7/14/2009 | Senate President Russell Pearce | Laura (laura427@cox.net) |
| E-27 | 8/28/2009 | Senate President Russell Pearce | Dan Lambert |
| E-13 | 10/23/2009 | Senate President Russell Pearce<br>Laura Devany | Senate President Russell Pearce |
| E-11 | 4/21/2010 | azgov@az.gov (Governor Jan Brewer) | Jane E. Mohn |
| E-32 | 4/22/2010 | Judy M. Burges<br>Tom Boone<br>Senate President Russell Pearce<br>Jack Harper | Joe Propati |
| E-33 | 4/22/2010 | Senate President Russell Pearce | Lillian Ross |
| E-26 | 4/28/2010 | Senate President Russell Pearce | Terry Murphy |
| E-31 | 7/2/2010 | Senate President Russell Pearce | William Wright |
| E-25 | 7/6/2010 | Senate President Russell Pearce | Samantha K. Abraham |
| E-30 | 7/29/2010 | Senate President Russell Pearce | rgere70_1@msn.com (Rick) |
| E-24 | 3/16/2011 | Senate President Russell Pearce | Senate President Russell Pearce |
| E-29 | 3/16/2011 | Senate President Russell Pearce | Senate President Russell Pearce |
| E-7 | 5/17/2011 | Janetht1776@yahoo.com | Senate President Russell Pearce |
| E-34 | 5/17/2011 | Senate President Russell Pearce | Senate President Russell Pearce (From janetht1776@yahoo.com) |
| E-1 | 7/26/2011 | Senate President Russell Pearce | Dan Pochoda |
| E-2 | 7/26/2011 | Senate President Russell Pearce | Dan Pochoda |
| E-3 | 9/13/2011 | Daniel Pochoda | Greg Jernigan |
| E-4 | 9/21/2011 | Greg Jernigan | Dan Pochoda |