IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Valle del Sol, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Michael B. Whiting, et al., <br><br> Defendants. | No. CV 10-1061-PHX-SRB <br><br> **ORDER** |

The Court has considered Plaintiffs' Emergency Motion for Injunction Pending Appeal, Intervenor Defendants' Response, Cochise County Sheriff Larry Dever's Joinder in Intervenor Defendants' Response and Plaintiffs' Request for Expedited Decision and Waiver of Reply.

IT IS ORDERED denying Plaintiffs' Emergency Motion for Injunction Pending Appeal. (Doc. 759)

DATED this 19th day of September, 2012.

Susan R. Bolton
United States District Judge