1  Omar C. Jadwat (admitted *pro hac vice*)
   Andre Segura (admitted *pro hac vice*)
2  AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION      IMMIGRANTS'
3  RIGHTS PROJECT
   125 Broad Street, 18th Floor
4  New York, NY  10004
   Telephone:   (212) 549-2660
5  Facsimile:   (212) 549-2654
   ojadwat@aclu.org
6  asegura@aclu.org

7  Linton Joaquin (admitted *pro hac vice*)
   Karen C. Tumlin (admitted *pro hac vice*)
8  Nora A. Preciado (admitted *pro hac vice*)
   Melissa S. Keaney (admitted *pro hac vice*)
9  Alvaro M. Huerta (admitted *pro hac vice*)
   Nicholás Espíritu (admitted *pro hac vice*)
10 NATIONAL IMMIGRATION LAW
   CENTER
11 3435 Wilshire Boulevard, Suite 1600
   Los Angeles, CA  90010
12 Telephone: (213) 639-3900
   Facsimile: (213) 639-3911
13 joaquin@nilc.org
   tumlin@nilc.org
14 preciado@nilc.org
   keaney@nilc.org
15 huerta@nilc.org
   espiritu@nilc.org

Thomas A. Saenz (admitted *pro hac vice*)
Victor Viramontes (admitted *pro hac vice*)
MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND
634 S. Spring Street, 11th Floor
Los Angeles, California 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266
*tsaenz@maldef.org*
*vviramontes@maldef.org*

*Attorneys for Plaintiffs*
*Additional Co-Counsel on Subsequent Pages*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Valle del Sol, *et al*.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>Michael B. Whiting, *et al.*<br><br>        Defendants,<br><br>    and<br><br>Doug Ducey, *et al.,*<br><br>        Intervenor Defendants. | Case No. CV-10-01061-PHX-SRB<br><br>**JOINT CASE DISPOSITION** |

Daniel J. Pochoda (SBA No. 021979)
ACLU FOUNDATION OF ARIZONA
3707 N. 7th Street, Suite 235
Phoenix, Arizona 85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376
*dpochoda@acluaz.org*

Marita Etcubañez (admitted *pro hac vice*)
ASIAN AMERICANS ADVANCING JUSTICE - AAJC
1140 Connecticut Avenue NW
Suite 1200
Washington, DC  20036
Telephone: (202) 296-2300
Facsimile: (202) 296-2318
*MEtcubanez@advancingjustice-aajc.org*

Chris Newman (admitted *pro hac vice*)
Jessica Karp Bansal (admitted *pro hac vice*)
NATIONAL DAY LABOR ORGANIZING NETWORK
675 S. Park View Street, Suite B
Los Angeles, California 90057
Telephone: (213) 380-2785
Facsimile: (213) 380-2787
*newman@ndlon.org*
*jkarp@ndlon.org*

Nina Perales (admitted *pro hac vice*)
MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
110 Broadway Street, Suite 300
San Antonio, Texas 78205
Telephone: (210) 224-5476
Facsimile: (210) 224-5382
*nperales@maldef.org*

Bradley S. Phillips+ (admitted *pro hac vice*)
MUNGER, TOLLES & OLSON LLP+
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
*Brad.Phillips@mto.com*

Cecillia D. Wang (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950
*cwang@aclu.org*

Justin B. Cox (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION IMMIGRANTS' RIGHTS PROJECT
1989 College Avenue
Atlanta, GA 30317
Telephone:  404.221.5854
Facsimile:  404.221.5857
*jcox@aclu.org*

Laboni A. Hoq (admitted *pro hac vice*)
ASIAN AMERICANS ADVANCING JUSTICE – LOS ANGELES
1145 Wilshire Blvd., Suite 200
Los Angeles, California 90017
Telephone: (213) 977-7500
Facsimile: (213) 977-7595
*lhoq@advancingjustice-la.org*

Daniel R. Ortega, Jr., (SBA No. 005015)
ORTEGA LAW FIRM, P.C.
361 East Coronado Road
Phoenix, Arizona  85004-1525
Telephone:  (602) 386-4455
Facsimile:   (602) 340-1896
*danny@ortegalaw.com*

Stephen P. Berzon++ (admitted *pro hac vice*)
Jonathan Weissglass++ (admitted *pro hac vice*)
ALTSHULER BERZON LLP++
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
*sberzon@altshulerberzon.com*
*jweissglass@altshulerberzon.com*

+ *Attorneys for all plaintiffs except Service Employees International Union, Service Employees International Union, Local 5, and United Food and Commercial Workers International Union*

++ *Attorneys for Service Employees International Union, Service Employees International Union, Local 5, and United Food and Commercial Workers International Union*

1    Plaintiffs and Intervenor Defendants have conferred regarding the outstanding
2 matters in this case and have reached agreement on a proposed disposition of the case. In
3 the interest of the efficient resolution of this case, the Parties make the following
4 representations and request that the Court enter the proposed final order.
5    The Parties have stipulated and agreed to resolve *Valle del Sol v. Whiting*, No. CV
6 10-1061-PHX-SRB on the following terms:
7    First, as part of its agreement with Plaintiffs, Intervenor Defendants will issue the
8 attached Informal Attorney General Opinion, which provides guidelines on the
9 implementation of Senate Bill 1070's Section 2(b) and 2(d), among other sections. The
10 Informal Attorney General Opinion reflects the State's interpretation of legal requirements
11 and limitations for implementing Section 2(b) and 2(d). The Informal Attorney General
12 Opinion is attached as Exhibit A.
13    Second, both parties stipulate that A.R.S. §§ 28-3511A (1)(d) and (e) should be
14 enjoined, and ask this Court to enjoin those provisions. These are impoundment
15 provisions that apply when there is a predicate offense under the "harboring,"
16 "transporting," or "concealing" provisions codified at A.R.S. 13-2929, which have been
17 enjoined in this litigation and a related case. *See Valle del Sol v. Whiting*, No. CV 10-
18 1061-PHX-SRB, 2012 WL 8021265 (D. Ariz. Sept. 5, 2012) (preliminary injunction);
19 *Valle del Sol Inc. v. Whiting*, 732 F.3d 1006 (9th Cir. 2013) (affirming preliminary
20 injunction); *United States v. Arizona*, No. 2:10-cv-014013-SRB at Docket No. 200
21 (permanent injunction). Thus, because there is no legal basis to enforce A.R.S. §§ 28-
22 3511A(1)(d) and (e), the Parties stipulate that A.R.S. §§ 28-3511A(1)(d) and (e) should be
23 permanently enjoined because it is unconstitutional.
24    Third, the Plaintiffs further settle any claim they have for attorneys' fees and costs
25 related to this case, No. CV 10-1061-PHX-SRB, and all of its appeals for the sum of $1.4
26 million. Intervenor Defendants agree to pay $1.4 million to Plaintiffs' Counsel to resolve
27 any liability for attorneys' fees and costs from this case, No. CV 10-1061-PHX-SRB, and
28 all of its appeals.

Fourth, upon approval by the Court of the proposed order filed herewith and the terms agreed to by the Parties, the Parties will not further challenge the Court's ruling at Docket No. 1285 or any other rulings in this litigation.  *See* the Parties' joint request for dismissal without prejudice filed with the Ninth Circuit attached as Ex. B.

RESPECTFULLY SUBMITTED this 15th day of September, 2016.

By /s/ John R Lopez, IV w/ permission
   Arizona Attorney General's Office
   1275 W Washington Street
   Phoenix, Arizona 85007-2997

*Attorneys for Intervenor Defendant the State of Arizona*

and

By /s/ Michael Tryon w/ permission
   Arizona Attorney General's Office
   1275 West Washington Street
   Phoenix, Arizona 85007-2926

*Attorneys for Intervenor Defendant the State of Arizona*

By /s/ Victor Viramontes
   Victor Viramontes
   Mexican American Legal Defense and Educational Fund
   634 S. Spring St., 11th Floor
   Los Angeles, California 90014

*Attorneys for Plaintiffs*

By /s/ Karen C. Tumlin w/ permission
   Karen C. Tumlin
   National Immigration Law Center
   3435 Wilshire Blvd., Suite 2850
   Los Angeles, California 90010

*Attorneys for Plaintiffs*

By /s/ Cecillia D. Wang w/ permission
   Cecillia D. Wang
   American Civil Liberties Union Foundation
   Immigrants' Rights Project
   39 Drumm Street
   San Francisco, California 94111

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2016, I electronically transmitted the foregoing Joint Case Disposition and any attached proposed order and exhibits to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants in this matter.

DATED: September 15, 2016

                                      /s/ Marco A. Gomez
                                      Marco A. Gomez